**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **FORD STEEL, LLC** | § | **CASE NO. 20-34405** |
|   Debtor | § | **(Chapter 11** |
| | § | **JUDGE RODRIGUEZ** |

**Emergency Motion for Use of Cash Collateral**

******************************************************************************

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Emergency relief has been requested, if the Court considers the Motion on an emergency basis, then you will have less than 21 days to answer, if you object to the requested relief or if you believe that the emergency consideration is not warranted, you should file an immediate response.**

**Represented parties should act through their attorney.**

******************************************************************************

**TO THE HONORABLE EDUARDO RODRIGUEZ, UNITED STATES BANKRUPTCY JUDGE:**

Ford Steel, LLC., Debtor-in-Possession herein files this Emergency Motion for Use of Cash Collateral pursuant to 11 U.S.C. §§ 361 and 363, and in support thereof would show this Court as follows:

# I.
# Parties

1. The Debtor may be served through its Managing Member, Herbert C. Jeffries at 24800 Ford Rd., Porter, Texas 77365, with a copy to its Counsel, Julie M. Koenig, 815 Walker, Suite 1040, Houston, Texas 77002; Julie.Koenig@cooperscully.com.

2. First Financial Bank, N.A. f/k/a The Bank & Trust of Bryan/College Station may be served through its Chairman and Chief Executive Officer, Scott Dueser, 400 Pine Street, Abilene, Texas 79601, with a copy to its Counsel, Cheyenne Pate; Cheyenne.pate@westwebb.law.

3. The Internal Revenue Service may be served at the following addresses:

   a. Internal Revenue Service
      1919 Smith Street, Stop 5024HOU
      Houston, Texas 77002;

   b. United States Attorney
      District Counsel
      8701 S. Gessner, Suite 710
      Houston, Texas 77074;

   c. United States Attorney
      910 Travis, Suite 61129
      Houston, Texas 77208;

   d. United States Attorney General
      United States Department of Justice
      Room D327
      10th & Constitution Avenue, N.W.
      Washington, DC 20530; and,

   e. Internal Revenue Service
      P.O. Box 7346
      Philadelphia, PA 19101-7346

      With a courtesy copy to its counsel, Rick Kincheloe at
      Richard.Kincheloe@usdoj.gov.

4. Equitable Life & Casualty Insurance Company may be served through its Investment Accountant, Ryan J. Bird, 3 Triad Center, Salt Lake City, UT 84180; with a courtesy copy to its counsel, Bruce Ruzinsky; bruzinsky@jw.com.

5. U.S. Small Business Administration (the "SBA") may be served through its General Council and Authorized Agent Emmett Clark, 409 3rd St. SW, Washington, DC 20024.

## II.
## Jurisdiction and Venue

6. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334.  Venue is proper pursuant to 28 U.S. C. §§1408 and 1409.   This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) (D), (K), (M) and (O).

## III.
## Notice

7. Sufficient and adequate notice of the Cash Collateral Motion has been given to prevent immediate and irreparable harm pursuant to Bankruptcy Rule 4001(c); Local Bankruptcy Rule 4001(c), and 4002-1(i) , as required by Sections 102, 361 and 363 of the Bankruptcy Code

## IV.
## History and Background

8. On September 1, 2020, Ford Steel, LLC ("Ford" or "Debtor"), filed a Voluntary Petition under Chapter 11 of Title 11 of the United States Code.

9. The Debtor is operating as Debtor-in-Possession pursuant to 11 U.S.C. §§1107(a) and 1108 and no Trustee has been appointed.

10. This is a second Chapter 11 filing for Ford, it's previous case was Case No. 17-32058 jointly administered under Case No. 17-35027.

11. Herbert C. Jeffries purchased the company that became Ford as a going concern in 2006, and formed it as a limited liability company on August 9, 2006.  Ford is an AISC certified steel fabricator using state of the art CNC machinery.  It fabricates platforms, skids, ladders, communication/broadcast towers, custom fabrication for customers worldwide.

12. Herbert C. Jeffries owns 86% of Ford and Steve Bales owns the remaining 14% of that company.

## V.
## Prepetition Liens

a. **The Bank & Trust of Bryan/College Station:**

13. On December 6, 2010, First Financial Bank, N.A. f/k/a The Bank & Trust of Bryan/College Station ("Bank"), H.C. Jeffries Tower Company, Inc. ("Tower"), and Ford executed a promissory note (the "Bank Note") evidencing indebtedness in the amount of $671,871.12 secured by personal and real property described in an Extension and Modification of Promissory Note and Real Estate Lien dated June 23, 2011[1], and recorded as Document No. 2011085662 in the Public Records of Montgomery County, Texas.  Herbert C. Jeffries ("Jeffries") executed a personal guaranty of the Bank Note.

---

[1] The indebtedness to Bank actually dates back to 2006 via a loan from Texas Enterprise Bank which was subsequently purchased by Bank.

14. The Bank filed an amendment to the Texas Enterprise Bank's UCC-1 Financing Statements[2] on July 21, 2010. The Bank also filed its own UCC-1 Financing Statements on September 17, 2010, and January 3, 2011 (collectively the "UCC-1 Filings"). The UCC-1 Filings were against both Tower and Ford and constitute a blanket lien on all of the Debtors' assets. A copy of the UCC-1 Financing Statements is attached hereto as Exhibit "A".

15. On February 28, 2013, the Bank, Tower, Ford and Jeffries entered into a Standstill Agreement whereby the Bank agreed to forego all remedies under the Bank Note in return for payments of $20,000 per month until the earlier of September 1, 2013 or the date the Bank gave Tower and Ford a termination notice. Tower and Ford defaulted under the Standstill Agreement. On June 28, 2017, the Bank filed suit in Montgomery County, Texas in a case styled *The Bank & Trust of Bryan/College Station v. H.C. Jeffries Tower Company, Inc., Ford Steel, L.L.C. and Herbert C. Jeffries*, Case No. 17-001700-CV-85 in the 85th Judicial District Court of Brazos County, Texas to collect on the Bank Note.

16. During the pendency of the Debtor's prior chapter 11 the Debtor made monthly payments of $10,000 to the Bank and post-confirmation made monthly payments in the amount of $8,270.44 effectively from October 15, 2019 through July, 2020.

  b.    **The Internal Revenue Service:**

17. Ford is indebted to the Internal Revenue Service (the "IRS") for 940 and 941 taxes between 2012 and 2016.

18. The IRS filed Notices of Federal Tax Liens against Ford in the total amount of $2,253,756.77 on the following dates:

---

[2] The Bank is the successor in interest to Texas Enterprise Bank.

     a. August 5, 2013, in the amount of $23,521.13;
     b. July 30,2014, in the amount of $631,830.04;
     c. August 4, 2014, in the amount of $277,567.94;
     d. January 12, 2015, in the amount of $194,036.26;
     e. August 10, 2015, in the amount of $12,266.21;
     f. November 9, 2015, in the amount of $43,301.66;
     g. November 20, 2015, in the amount of $133,128.94;
     h. February 6, 2017, in the amount of $752,895.65;
     i. February 13, 2017, in the amount of $56,908.01; and,
     j. July 18, 2017, in the amount of $128,300.93.

19. Ford has remained current on its indebtedness to the IRS for the year 2017.

20. Ford has made payments on this indebtedness under its prior confirmed plan in the total amount of $528,872.74. These payments were maded effectively from October 15, 2019 through July, 2020.

21. Copies of the IRS Federal Tax Liens against Ford are attached hereto as Exhibit "B".

    c. **U.S. Small Business Administration:**

22. On June 14, 2020, the Ford received an Economic Injury Disaster Loan from the U.S. Small Business Administration in the amount of $150,000.00 (the "SBA Loan"). The SBA Loan's first payment is not due until June of 2021 with monthly payments of $731.00 at 3.75% interest over 30 years. The SBA Loan is secured by a blanket lien on Ford's tangible and intangible personal property assets. On June 28, 2020, the SBA filed a UCC-1 Financing Statement to secure the SBA Loan. A copy of the SBA UCC-1 Financing Statement is attached hereto as Exhibit "C".

    d. **Equitable Life & Casualty Insurance Company:**

23. Equitable Life & Casualty Insurance Company ("Equitable") holds a first lien on the Debtor's real property located at 24900 Ford Road, Porter, Texas 77365. Equitable does not have an interest in cash collateral.

## VI.
## Cash Collateral

24. Ford requires the emergency use of cash collateral in the amount of $694,577.25 for the next twenty-five (25) days to meet payroll and expenses to continue its business operations. The majority of these funds are for payroll, payroll taxes and benefits, insurance, sales tax, galvanizing, steel purchases and continuing expenses. The anticipated income for this period is $606,126.04 plus cash on hand in the amount of $104,026.00. A copy of the anticipated budget for the next twenty-five and thirty days is attached hereto as Exhibit "D" and fully incorporated herein by reference.

25. In addition, the Debtor requires the use of cash collateral on a monthly basis. The exact amount needed is difficult to calculate based on Ford's business and will be discussed at the Cash Collateral Hearing.

26. As adequate protection for the use of cash collateral, the liens of Bank, the IRS and the SBA shall attach to Cash Collateral, the Pre-Petition Collateral, and any other assets of Ford in the same extent, validity, and priority to which they attached before the filing of this Bankruptcy Case.

27. The security interests granted to the Bank, the IRS and the SBA post-petition shall not have priority over (a) prior perfected and unavoidable liens and security interest in the property of the Debtor's estate as of the Petition Date other than their liens in the Pre-Petition Collateral, provided that (1) such liens and security interest are prior to other prepetition liens and security interests, valid, perfected, not adequately protected, and non-avoidable in accordance with applicable law; (b) the quarterly fees payable to the United States Trustee pursuant to 28 U.S.C.

§1930; and (c) a $2,500 per month carve out for fees and expenses of Debtor's Counsel to be held in trust pending further Order of the Court.

**Wherefore, Premises Considered**, Ford Steel, LLC, Debtor-in-Possession, prays that this Court conduct an Emergency Hearing on the Emergency Motion to Use Cash Collateral, enter an Order for Emergency Use of Cash Collateral for the Period September 1, 2020 through September 25, 2020, set a final hearing on the Motion, enter an Order for Interim Use of Cash Collateral after the hearing, and for such other and further relief, at law and in equity, as this Court deems just.

Respectfully submitted this 1st day of September, 2020.

**Cooper & Scully, PC.**
By: /s/  Julie M. Koenig
　　Julie M. Koenig
　　SBA # 14217300
　　815 Walker, Suite 1040
　　Houston, Texas 77002
　　713/236-6800 (Telephone)
　　713/236-6880 (Telecopier)
　　Julie.Koenig@cooperscully.com
Attorneys for the Debtor

**Certificate of Service**

      I hereby certify that a true and correct copy of the foregoing has been served on all of the parties listed below and on the attached service list, including parties requesting notice, via either ECF Notification or by first class mail, proper postage affixed, on the 1st day of September, 2020.

      By: /s/ Julie M. Koenig
      Julie M. Koenig

For Equitable Life & Casualty Insurance Company:

Bruce Ruzinsky bruzinsky@jw.com;
Matt Cavenaugh mcavenaugh@jw.com

For The Bank & Trust of Bryan/College Station:

Cheyenne Pate Cheyenne.Pate@westwebblaw.com;

For the Internal Revenue Service:

Richard Kinchelo Richard.Kincheloe@usdoj.gov ;

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 20-34405<br>Southern District of Texas<br>Houston<br>Tue Sep  1 14:44:42 CDT 2020 | Ford Steel, LLC<br>24800 Ford Road<br>Porter, TX 77365-5450 | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| AFLAC<br>1932 WYNNTON ROAD<br>COLOMBUS, GA 31999-0001 | ATTORNEY GENERAL<br>TAX DIV. - BANKRUPTCY<br>POB 12548<br>AUSTIN, TX 78711-2548 | AZZ Inc<br>One Museum Place<br>3100 West 7th Street<br>Suite 500<br>Fort Worth, TX 76107-8701 |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | Ameritas Life Insurance Corp<br>PO Box 650730<br>Dallas, TX  75265-0730 | Attorney General<br>Department of Justice<br>10th and Constitution Ave N.W.<br>Rm. 400<br>Washington, D.C. 20530, 20530-0001 |
| Bozeman Engineering, Inc.<br>5868 Westheimer, #309<br>Houston, TX 77057-5641 | Carboline Company<br>2150 Schuetz Road<br>St. Louis, MO 63146-3504 | Chamberlain Hrdlicka<br>1200 Smith Street Suite 1400<br>Houston, TX 77002-4496 |
| Cheyenne Pate<br>1515 Emerald Plaza<br>College Station, TX 77845-1515 | Crown Industrial LLC.<br>P.O. Box 471<br>Willow Grove, PA 19090-0471 | D&L QUALITY PAINTING INC<br>12212 GREEN RIVER DR<br>HOUSTON, TX 77044-2213 |
| Equitable Life and Casualty Insurance Co<br>3 Triad Center<br>Salt Lake City, UT 84180-1211 | Esskay Structures, Inc.<br>2950 Short Court<br>Vienna, VA 22181-5906 | Fort Worth Tower LLC<br>P.O. Box 848366<br>Dallas, TX 75284-8366 |
| HARRIS COUNTY/CITY OF HOUSTON<br>C/O BANKRUPTCY DEPT<br>PO BOX 3064<br>HOUSTON, TX  77253-3064 | HJ Tower Management Inc.<br>24900 Ford Road<br>Porter, TX 77365-5452 | Harris County<br>c/o John Dillman<br>PO Box3064<br>Houston, TX  77253-3064 |
| Hebert Jeffries<br>23605 White Oak Forest<br>Porter, TX 77365-5127 | Hodell-Natco Industries, Inc.<br>P.O. Box 72594<br>Cleveland, OH  44192-0002 | IRS<br>8701 S. GESSNER<br>HOUSTON, TX 77074-2915 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IWS Gas & Supply of Texas, LTD.<br>125 Thruway Park<br>Broussard, LA 70518-3601 | Internal Revenue Service<br>12941 North Freeway, Ste. 316 Stop HNW<br>Houston, TX 77060-1241 |
| Internal Revenue Service<br>Insolvency Department<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Intertek Asset Integrity Management, Inc<br>P.O. Box 419435<br>Boston, MA 02241-9435 | JPW Engineering Services PVT. LTD.<br>115 N. Sutter St.<br>Stockton, CA 95202-2401 |

| | | |
|---|---|---|
| Konecranes Inc.<br>P.O. Box 641807<br>Pittsburgh, PA 15264-1807 | LINEBARGER, GOGGAN & BLAIR<br>PO BOX 3064<br>HOUSTON, TX  77253-3064 | Landsberg<br>P.O. Box 731575<br>Dallas, TX 75373-1575 |
| Lichtgitter USA<br>12818 N Lake Houston Pkwy<br>Houston TX 77044-6397 | MONTGOMERY COUNTY<br>TAX COLLECTOR<br>400 N SAN JACINTO<br>CONROE, TX  77301-2823 | Marco<br>701 East Boulevard<br>Deer Park, TX 77536-1915 |
| McNichols<br>2502 N. Rocky Point Drive #750<br>Tampa, FL 33607-1453 | Meadow Lark Agency Inc.<br>PO Box 150029<br>Ogden, UT 84415-0029 | Memorial Herman Health Plan<br>LOCKBOX 301662<br>DALLAS, TX  75303-1662 |
| Metal Plate Galvanizing<br>10625 Needham St.<br>Houston, TX 77013-3209 | Metelmex Int, INC.<br>3006 April Ln.<br>Houston, TX 77092-7216 | National Commercial Products<br>P.O. Box 426<br>Southampton, PA 18966-0426 |
| Northern Safety Company, Inc.<br>P.O. Box 4250<br>Utica, NY 13504-4250 | Prystash Insurance Agency<br>2207 Danbury P.O. Box 17926<br>San Antonio, TX 78217-0926 | R L Land Services<br>3401 Timmons Lane #31<br>Houston, TX 77027-6431 |
| S&B Modular Operations, Ltd.<br>3959 Oscar Nelson Jr. Dr.<br>Baytown, TX 77523-8022 | SECURITIES AND EXCHANGE<br>COMMISSION<br>450 FIFTH STREET NW<br>WASHINGTON, DC 20549-0006 | Sagebrush Towers Inc.<br>24900 Ford Road<br>Porter, TX 77365-5452 |
| Service Steel Warehouse, L.P.<br>P.O. Box 843965<br>Dallas, TX 75284-3965 | Small Business Administration<br>409 3rd St, SW<br>Washington DC 20416-0002 | Standard Premium<br>13590 SW 134th Ave, Suite 214<br>Miami, FL 33186-4576 |
| Steel and Pipe Supply Co.<br>P.O.BOX 731266<br>Dallas, TX 75373-1266 | Steve Bales<br>909 Crystal Creek Dr.<br>Austin, TX 78746-4709 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>111 E. 17TH STREET<br>AUSTIN, TX 78774-0100<br> Attn:  Bankruptcy Dept, |
| Texas Workforce Commission<br>PO Box 149037<br>Austin, Texas  78714-9037 | The Bank & Trust of Bryan/College Statio<br>1716 Briarcrest, Suite 400<br>Bryan, TX 77802-2766 | The Bank & Trust of Bryan/College Statio<br>PO Box 5847<br>Bryan, TX 77805-5847 |
| Triple-S Steel Supply Co.<br>P.O. Box 21119<br>Houston, TX 77226-1119 | Tupa Ventures,Inc<br>26212 Whispering Pines St.<br>Magnolia, TX  77355 | UNITED STATES TRUSTEE<br>515 Rusk Avenue, Ste. 3516<br>Houston, Texas 77002-2604 |

| | | |
|---|---|---|
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | United Tool and Fastener, Inc.<br>P.O. Box 38951<br>Houston, TX 77238-8951 | Valmont United Galvanizing<br>6123 Cunningham Road<br>Houston, TX 77041-4707 |
| Xerox Capital Services, LLC<br>P.O. Box 7405<br>Pasadena, CA 91109-7405 | Julie Mitchell Koenig<br>Cooper & Scully, PC<br>815 Walker, Suite 1040<br>Houston, TX 77002-5776 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>PO BOX 149047<br>AUSTIN, TX 78714 | (d)Internal Revenue Service<br>1919 Smith St.<br>Stop 5024 HOU<br>Houston, TX 77002 | (d)Internal Revenue Service<br>STOP 6692 AUSC<br>Austin, TX 73301-0030 |

End of Label Matrix
Mailable recipients   64
Bypassed recipients    0
Total                 64