UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The Bank & Trust of Bryan/College Station 979-260-2157

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
The Bank & Trust of Bryan/College Station
P. O. Box 5847
Bryan, TX 77805-5847
USA

**FILING NUMBER:** 10-00210619
**FILING DATE:** 07/21/2010 05:59 PM
**DOCUMENT NUMBER:** 316593130002
**FILED:** Texas Secretary of State
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
07-0013388131

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c, and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☑ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address: Give current record name in item 6; also give new name and/or new address in item 7.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c.

**6. CURRENT RECORD INFORMATION:**
6a. ORGANIZATION'S NAME: **FORD MANUFACTURED STEEL, LLC**

**7. CHANGED (NEW) OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME: **FORD STEEL, LLC**
7c. MAILING ADDRESS: 24900 FORD RD
CITY: Porter
STATE: TX
POSTAL CODE: 77365-5452
COUNTRY: USA
7e. TYPE OF ORGANIZATION: Limited Liaiblity Company
7f. ORG JURISDICTION: TX
7g. ORG. ID #, if any: TX-800691978 ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☑ No change ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.
9a. ORGANIZATION'S NAME: **TEXAS ENTERPRISE BANK**

10. OPTIONAL FILER REFERENCE DATA

Exhibit "A"

page 2

UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 07-0013388131 |

| 12. NAME of PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form) | | | |
|---|---|---|---|
| OR | 12a. ORGANIZATION'S NAME<br>TEXAS ENTERPRISE BANK | | | |
| | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

13. Use this space for additional information

5. AMENDMENTS (continued):

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☑ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address: Give current record name in item 6; also give new name and/or new address in item 7.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c.

6. CURRENT RECORD INFORMATION:

| OR | 6a. ORGANIZATION'S NAME<br>TEXAS ENTERPRISE BANK | | | |
|---|---|---|---|---|
| | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| OR | 7a. ORGANIZATION'S NAME<br>The Bank & Trust of Bryan/College Station | | | |
|---|---|---|---|---|
| | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS<br>P O Box 5847 | CITY<br>Bryan | STATE<br>TX | POSTAL CODE<br>77805-5847 | COUNTRY<br>USA |
|---|---|---|---|---|
| 7d. TAX ID#: SSN OR EIN | 7e. TYPE OF ORGANIZATION | 7f. ORG JURISDICTION | 7g. ORG. ID #, if any<br>☑ NONE | |

FILING OFFICE COPY

Exhibit "A"

UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The Bank & Trust of Bryan/College Station 979-260-2157

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
The Bank & Trust of Bryan/College Station
P. O. Box 5847
Bryan, TX 77805-5847
USA

**FILING NUMBER:** 10-00210622
**FILING DATE:** 07/21/2010 06:49 PM
**DOCUMENT NUMBER:** 316596540003
**FILED:** Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #:** 07-0013388131

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6; also give new name and/or new address in item 7.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. TAX ID#: SSN OR EIN | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. ORG JURISDICTION | 7g. ORG. ID #, if any ☐ NONE |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ No change ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

All of Debtor's interest in the following property and all proceeds of such property, including documents covering inventory located at 24800 Ford Road, Porter, Texas 77365, or wherever located, and accounts of Ford Steel, LLC whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, geneeral intangibles and other accounts proceeds).

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| | 9a. ORGANIZATION'S NAME **The Bank & Trust of Bryan/College Station** | | | |
|---|---|---|---|---|
| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**

**FILING OFFICE COPY**

Exhibit "A"

UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The Bank &Trust of Bryan/College Station 979-260-2157

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The Bank & Trust of Bryan/College Station
P. O. Box 5847
Bryan, TX 77805-5847
USA

FILING NUMBER: 10-0026915751
FILING DATE: 09/17/2010 09:25 AM
DOCUMENT NUMBER: 328332440004
FILED: Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| OR | 1a. ORGANIZATION'S NAME | H.C. Jeffries Tower Company, Inc. | | | |
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 1c. MAILING ADDRESS | 24900 Ford Rd. | CITY Porter | STATE TX | POSTAL CODE 77365 | COUNTRY USA |
| 1d. TAX ID#: SSN OR EIN | ADD'L DEBTOR INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. ORG JURISDICTION TX | 1g. ORG. ID #, if any TX156033700 NONE | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | | |
|---|---|---|---|---|---|
| OR | 2a. ORGANIZATION'S NAME | | | | |
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. TAX ID#: SSN OR EIN | ADD'L DEBTOR INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. ORG JURISDICTION | 2g. ORG. ID #, if any NONE | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| OR | 3a. ORGANIZATION'S NAME | The Bank & Trust of Bryan/College Station | | | |
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 3c. MAILING ADDRESS | 1716 Briarcrest Dr., Suite 400, P O Box 5847 | CITY Bryan | STATE TX | POSTAL CODE 77802-2777 | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**
All Inventory, Chattel Paper, Accounts, Equipment and General Intangibles; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles, and other accounts proceeds).

**5. ALTERNATIVE DESIGNATION [if applicable]:** ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

☐**6.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS    Attach Addendum    [if applicable]

**7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) ☐All Debtors ☐Debtor 1 ☐Debtor 2 [ADDITIONAL FEE]    [optional]

**8. OPTIONAL FILER REFERENCE DATA**
H. C. Jeffries Tower Company, Inc.

FILING OFFICE COPY

Exhibit "A"

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

The Bank & Trust of Bryan/College Station
1716 Briarcrest Suite 400
P O Box 5847
Bryan, TX 77802-2777

11-0000023128
01/03/2011 05:00 PM
FILED
TEXAS SECRETARY OF STATE
SOS
348430320002

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | | |
|---|---|---|---|---|---|---|
| H.C. Jeffries Tower Company, Inc. | | | | | | |
| 1b. INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
| 24900 Ford Road | | Porter | | TX | 77365-5452 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION TX | 1g. ORGANIZATIONAL ID #, if any TX 156033700 | | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | | |
|---|---|---|---|---|---|---|
| Ford Steel, LLC | | | | | | |
| 2b. INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
| 24900 Ford Road | | Porter | | TX | 77365-5452 | USA |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION LLC | 2f. JURISDICTION OF ORGANIZATION TX | 2g. ORGANIZATIONAL ID #, if any TX 800691978 | | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| The Bank & Trust of Bryan/College Station | | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 1716 Briarcrest Suite 400, P O Box 5847 | Bryan | | TX | 77802-2777 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All Inventory, Chattel Paper, Accounts, General Intangibles, and Equipment; wherever located; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds).

5. ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING
6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]   7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2
8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Harland Financial Solutions
400 S.W. 6th Avenue, Portland, Oregon 97204

Exhibit "A"