| Form 668 (Y)(c)<br>(Rev. February 2004) | 3592 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | |
|---|---|---|---|
| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | | Serial Number<br><br>951313413 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

13-0025195652
08/05/2013 05:00 PM
FILED
TEXAS SECRETARY OF STATE
SOS

493642920013

Name of Taxpayer  FORD STEEL LLC, a Partnership
HERBERT C JEFFRIES MBR

Residence   24800 FORD RD
PORTER, TX 77365-5450

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 12/31/2012 | 20-5422273 | 03/18/2013 | 04/17/2023 | 23521.13 |

Place of Filing

Secretary of State
Austin, TX 78711

Total  $  23521.13

This notice was prepared and signed at _____NASHVILLE, TN_____ , on this,

the __24th__ day of __July__ , __2013__ .

| Signature<br>for WILLIE J. PERRY | Title<br>REVENUE OFFICER<br>(713) 209-5447 | 25-03-2440 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Exhibit "B"

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| Form 668 (Y)(c) (Rev. February 2004) | 3592 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 110894214 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

14-0024271324
07/30/2014 05:00 PM
FILED
TEXAS SECRETARY OF STATE
SOS
557047650017

Name of Taxpayer  FORD STEEL LLC, a Partnership
HERBERT C JEFFRIES MBR

Residence  24800 FORD RD
PORTER, TX 77365-5450

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

RECEIVED JUL 30 2014 CLK 19

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2013 | 20-5422273 | 02/24/2014 | 03/25/2024 | 1916.33 |
| 941 | 03/31/2013 | 20-5422273 | 10/21/2013 | 11/20/2023 | 213330.60 |
| 941 | 06/30/2013 | 20-5422273 | 12/16/2013 | 01/15/2024 | 72720.85 |
| 941 | 09/30/2013 | 20-5422273 | 12/30/2013 | 01/29/2024 | 184947.22 |
| 941 | 03/31/2014 | 20-5422273 | 06/30/2014 | 07/30/2024 | 158915.04 |

Place of Filing

Secretary of State
Austin, TX 78711

Total  $  631830.04

This notice was prepared and signed at _____ NASHVILLE, TN _____, on this,

the __22nd__ day of __July__, __2014__.

| Signature  for WILLIE J. PERRY | Title REVENUE OFFICER (713) 209-5447 | 25-03-2440 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

EXHIBIT B

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| Form 668 (Y)(c) (Rev. February 2004) | 3592 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| **Area:** SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | | **Serial Number** 111425214 | **For Optional Use by Recording Office** |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

14-0024705871
08/04/2014 05:00 PM


FILED
TEXAS SECRETARY OF STATE
SOS

558219160015

**Name of Taxpayer** FORD STEEL LLC, a Partnership
HERBERT C JEFFRIES MBR

**Residence** 24800 FORD RD
PORTER, TX 77365-5450

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

RECEIVED
AUG 4 2014
CLK 79

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2013 | 20-5422273 | 06/02/2014 | 07/02/2024 | 277567.94 |

**Place of Filing**
Secretary of State
Austin, TX 78711

Total $ 277567.94

This notice was prepared and signed at _____NASHVILLE, TN_____, on this, the __24th__ day of __July__, 2014.

Signature _____ for WILLIE J. PERRY

Title REVENUE OFFICER
(713) 209-5447

25-03-2440

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Exhibit "B"

| Form 668 (Y)(c) (Rev. February 2004) | 11953 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| **Area:** SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | | **Serial Number** 137477215 | **For Optional Use by Recording Office** 15-0001273403 01/12/2015 05:00 PM  FILED TEXAS SECRETARY OF STATE 586517720009 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  FORD STEEL LLC

Residence  24800 FORD RD
PORTER, TX 77365-5450

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1065 | 12/31/2010 | 20-5422273 | 12/08/2014 | 01/07/2025 | 4680.00 |
| 1065 | 12/31/2012 | 20-5422273 | 12/08/2014 | 01/07/2025 | 4680.00 |
| 941 | 06/30/2014 | 20-5422273 | 09/08/2014 | 10/08/2024 | 182644.63 |
| 941 | 09/30/2014 | 20-5422273 | 12/08/2014 | 01/07/2025 | 2031.63 |

Place of Filing
  Secretary of State
  Austin, TX 78711

Total  $  194036.26

This notice was prepared and signed at _____ NASHVILLE, TN _____, on this,

the ___02nd___ day of ___January___, __2015__.

| Signature ~ Cheryl Cordew for WILLIE J. PERRY | Title REVENUE OFFICER (713) 209-5447 | 25-03-2440 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| Form 668 (Y)(c)<br>(Rev. February 2004) | 11953 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | |
|---|---|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>169026915 | For Optional Use by Recording Office<br><br>15-0026443005<br>08/10/2015 05:00 PM<br>FILED<br>TEXAS SECRETARY OF STATE<br>SOS<br>624759320016 |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  FORD STEEL LLC, a Partnership
                  HERBERT C JEFFRIES MBR

Residence         24800 FORD RD
                  PORTER, TX 77365-5450

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

RECEIVED AUG 10 2015 CLK T

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 12/31/2014 | XX-XXX2273 | 03/23/2015 | 04/22/2025 | 12266.21 |

Place of Filing

          Secretary of State
          Austin, TX 78711

Total  $  12266.21

This notice was prepared and signed at _____ NASHVILLE, TN _____, on this,

the __29th__ day of __July__, __2015__.

Signature  _Cheryl Cordero_           Title  REVENUE OFFICER         25-03-2440
for WILLIE J. PERRY                          (713) 209-5447

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office                    Form 668(Y)(c) (Rev. 2-2004)
Exhibit B                                            CAT. NO 60025X

| Form 668 (Y)(c) (Rev. February 2004) | 11953 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| **Area:** SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | | **Serial Number** 183546115 | **For Optional Use by Recording Office** 15-0036045852 11/09/2015 05:00 PM FILED TEXAS SECRETARY OF STATE SOS 640291640015 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer   FORD STEEL LLC, a Partnership
                   HERBERT C JEFFRIES MBR

Residence   24800 FORD RD
            PORTER, TX 77365-5450

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

RECEIVED NOV -9 2015 CLK

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2010 | XX-XXX2273 | 04/04/2011 | 05/04/2021 | 37767.19 |
| 940 | 12/31/2014 | XX-XXX2273 | 08/03/2015 | 09/02/2025 | 5534.47 |

Place of Filing

         Secretary of State
         Austin, TX 78711

Total  $  43301.66

This notice was prepared and signed at ___NASHVILLE, TN_____, on this,

the __28th__ day of __October__, __2015__.

| Signature *Cheryl Cordero* for WILLIE J. PERRY | Title REVENUE OFFICER (713) 209-5447 | 25-03-2440 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office    Exhibit "D"    Form 668(Y)(c) (Rev. 2-2004)
                                                    CAT. NO 60025X

| Form 668 (Y)(c)<br>(Rev. February 2004) | 11953 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | |
|---|---|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>185564015 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

15-0037316117
11/20/2015  05:00 PM
 FILED
TEXAS SECRETARY OF STATE
SOS


642057000007

Name of Taxpayer  FORD STEEL LLC

Residence  24800 FORD RD
PORTER, TX  77365-5450

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

RECEIVED
NOV 20 2015
CLK 81

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 03/31/2015 | XX-XXX2273 | 08/31/2015 | 09/30/2025 | 133128.94 |

Place of Filing

Secretary of State
Austin, TX 78711

Total | $ 133128.94

This notice was prepared and signed at _____NASHVILLE, TN_____, on this,

the __10th__ day of __November__, __2015__.

| Signature<br>*Cheryl Corder*<br>for WILLIE J. PERRY | Title<br>REVENUE OFFICER<br>(713) 209-5447 | 25-03-2440 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Exhibit "B"

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

| Form 668 (Y)(c)<br>(Rev. February 2004) | 11874 | Department of the Treasury - Internal Revenue Service<br># Notice of Federal Tax Lien | |
|---|---|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>246637417 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

17-0004394462

02/06/2017 05:00 PM


FILED
TEXAS SECRETARY OF STATE
SOS


714166590029

Name of Taxpayer  FORD STEEL LLC, a Partnership
                  HERBERT C JEFFRIES MBR

Residence         24800 FORD RD
                  PORTER, TX 77365-5450

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

RECEIVED
FEB - 6 2017
CLK S*

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 06/30/2015 | XX-XXX2273 | 01/04/2016 | 02/03/2026 | 193911.32 |
| 941 | 09/30/2015 | XX-XXX2273 | 01/04/2016 | 02/03/2026 | 147425.07 |
| 941 | 12/31/2015 | XX-XXX2273 | 04/11/2016 | 05/11/2026 | 269839.44 |
| 941 | 03/31/2016 | XX-XXX2273 | 07/04/2016 | 08/03/2026 | 141719.82 |

Place of Filing    Secretary of State
                   Austin, TX 78711                                  Total  $   752895.65

This notice was prepared and signed at ___NASHVILLE, TN_____, on this,

the __24th__ day of __January__, __2017__.

| Signature<br>*Cheryl Cordew*<br>for WILLIE J PERRY | Title<br>REVENUE OFFICER<br>(713) 209-5447 | 25-03-2440 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

EXHIBIT B

| Form 668 (Y)(c) <br> (Rev. February 2004) | 11874 | Department of the Treasury - Internal Revenue Service <br> **Notice of Federal Tax Lien** | | |
|---|---|---|---|---|
| Area: <br> SMALL BUSINESS/SELF EMPLOYED AREA #5 <br> Lien Unit Phone: (800) 913-6050 | | Serial Number <br> 247709717 | | For Optional Use by Recording Office <br> 17-0005137973 <br> 02/13/2017 05:00 PM <br> FILED <br> TEXAS SECRETARY OF STATE <br> SOS <br> 715488960016 <br> RECEIVED <br> FEB 13 2017 <br> CLK 84 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  FORD STEEL LLC, a Partnership
                  HERBERT C JEFFRIES MBR

Residence  24800 FORD RD
           PORTER, TX 77365-5450

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 09/30/2016 | XX-XXX2273 | 01/09/2017 | 02/08/2027 | 56908.01 |

Place of Filing

Secretary of State
Austin, TX 78711

Total | $ | 56908.01

This notice was prepared and signed at _____ NASHVILLE, TN _____, on this,

the ___01st___ day of ___February___, ___2017___.

Signature  *Cheryl Cordaro*       Title  REVENUE OFFICER          25-03-2440
for WILLIE J PERRY                (713) 209-5447

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office         Form 668(Y)(c) (Rev. 2-2004)
                                          CAT. NO 60025X

Exhibit B

| Form 668 (Y)(c) (Rev. February 2004) | 11874 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | | Serial Number 269303417 | For Optional Use by Recording Office 17-0024576860 07/18/2017 05:00 PM FILED TEXAS SECRETARY OF STATE SOS 751101300020 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer   FORD STEEL LLC

Residence   24800 FORD RD
            PORTER, TX 77365-0000

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

RECEIVED JUL 18 2017 CLK 81

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2016 | XX-XXX2273 | 04/10/2017 | 05/10/2027 | 128300.93 |

Place of Filing

Secretary of State
Austin, TX 78711

Total $ 128300.93

This notice was prepared and signed at _____NASHVILLE, TN_____, on this,

the ___06th___ day of ___July___, __2017__.

| Signature *Joan Flach* for L. DOYLE | Title REVENUE OFFICER (713) 209-5434 | 25-03-2405 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X