**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| FORD STEEL, LLC | § | CASE NO. 20-34405 |
|   Debtor | § | (Chapter 11) |
| | § | JUDGE RODRIGUEZ |

_____

**ORDER GRANTING EMERGENCY USE OF CASH COLLATERAL**
_____

On September 1, 2020, an Emergency Motion for Use of Cash Collateral ("the Cash Collateral Motion") was filed by Ford Steel, LLC, ("the Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that sufficient cause exists for the granting of the use of cash collateral on an emergency basis to allow the Debtor to continue operations until such time as a hearing on the Final Hearing on the Use of Cash Collateral may be held;

**IT IS THEREFORE, ORDERED** that the Debtor may utilize the sum of $694,577.25 of funds post-petition to meet the expenses set forth on Exhibit "A" attached hereto, it is further;

**ORDERED** that First Financial Bank, N.A. f/k/a The Bank & Trust of Bryan/College Station and the Internal Revenue Service shall have valid, post-petition replacement liens equal to those held pre-petition provided that(1) such liens and security interest are prior to other prepetition liens and security interests, valid, perfected, not adequately protected, and non-avoidable in accordance with applicable law; (b) the quarterly fees payable to the United States Trustee pursuant to 28 U.S.C. §1930; and (c) a $2,500 per month carve out for fees and expenses of Debtor's Counsel to be held in trust pending further Order of the Court.  It is further,

**ORDERED** that a final hearing on the Debtor's Motion for Use of Cash Collateral shall

be held on the ____ day of _____, 2020, at __:__ _.m. via video conference through gotomeeting.com, code judgerodriguez, with audio by dialing in at 1-712-775-8972, conference code 999276, it is further;

**ORDERED** that the Movant or its Counsel shall give notice of this final hearing by forwarding a copy of this Order by facsimile transmission, if possible, by e-mail, if possible, and by First Class United States Mail to all parties listed on the certificate of service contained in the Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

**SIGNED** this _____ day of September, 2020.

_____
**EDUARDO V. RODRIGUEZ,**
**UNITED STATES BANKRUPTCY JUDGE**