Ford Steel LLC
Proposed 20 Day and 30 Day Budget

|  | 09/01/20 | Week Ending 09/04/20 | Week Ending 09/11/20 | Week Ending 09/18/20 | Week Ending 09/25/20 | Week Ending 10/02/20 |
|---|---|---|---|---|---|---|
| Beginning Balance: | 104,026.00 | 104,026.00 | 25,999.68 | 30,622.83 | 1,449.13 | 15,574.79 |
| Gross Payroll |  | 65,000.00 | 65,000.00 | 65,000.00 | 65,000.00 | 65,000.00 |
| Payorll Taxes and Beneifits |  | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 |
| Total Payroll |  | 71,500.00 | 71,500.00 | 71,500.00 | 71,500.00 | 71,500.00 |
| Galvanizing |  | 21,000.00 | 10,000.00 | 10,000.00 | 30,000.00 | 30,000.00 |
| Steel Purchases |  | 130,000.00 | 20,000.00 | 15,000.00 | 70,000.00 | 70,000.00 |
| SubContractor |  |  |  |  |  |  |
| Shop Supplies |  |  | 2,000.00 | 4,000.00 | 2,000.00 | 2,000.00 |
| Insurance |  | 20,000.00 | 5,000.00 |  | 5,000.00 | 20,000.00 |
| Utilities |  | 5,000.00 |  |  |  |  |
| Sales tax |  |  |  |  |  |  |
| Aministrative |  | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Other Expense |  | 3,000.00 | 3,000.00 | 3,000.00 | 4,000.00 | 4,000.00 |
| Operating Expense |  | 251,500.00 | 112,500.00 | 104,500.00 | 183,500.00 | 198,500.00 |
| **Critical Vendors Payments** |  |  |  |  |  |  |
| Boozeman Engineering |  |  |  |  |  |  |
| Hodell-Natco Industries |  |  |  |  |  |  |
| IWS Gas & Supply of Texas |  |  |  |  |  |  |
| JPW Engineering Services PVT LTD |  |  |  |  |  |  |
| Lichtgitter USA |  |  |  |  |  |  |
| Metal Plate Galvanizing |  |  |  |  |  |  |
| Steel & Pipe Supply |  |  |  |  |  |  |
| Valmont United Galvanizing |  |  |  |  |  |  |
| Total Critical Vendors |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Secured Creditor Payments** |  |  |  |  |  |  |
| Bank & Trust of Bryan/College Station |  |  |  | 8,270.44 |  |  |
| Equitable Life and Casualty |  |  |  | 24,306.81 |  |  |
| United States Treasury |  |  |  | 10,000.00 |  |  |
| Total Secured Creditors |  | 0.00 | 0.00 | 42,577.25 | 0.00 | 0.00 |
| Receivables |  | 173,473.68 | 117,123.15 | 117,903.55 | 197,625.66 | 223,277.00 |
| Contributions |  |  |  |  |  |  |
| Cash Flow |  | (78,026.32) | 4,623.15 | (29,173.70) | 14,125.66 | 24,777.00 |
| Ending Balance: |  | 25,999.68 | 30,622.83 | 1,449.13 | 15,574.79 | 40,351.79 |

Exhibit "A"