

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/01/2020

| | | |
|---|---|---|
| IN RE: | § | |
| FORD STEEL, LLC | § | CASE NO: 20-34405 |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## ORDER
## SETTING ELECTRONIC HEARING
*Regarding ECF No. 3*

1. A hearing on Debtor's Emergency Motion for Use of Cash Collateral, ECF No. 3, shall be conducted electronically before the United States Bankruptcy Court, Southern District of Texas, Houston Division on Thursday, September 4, 2020 at 9:00 a.m. (Central Standard Time).

2. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed:

   a. The dial-in-number for hearings before Judge Rodriguez is 712.775.8972 and the conference room number is 999276; and
   b. for video appearances and witness testimony, parties are to utilize the **GoToMeeting** web-based application and enter conference code: judgerodriguez.

3. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

4. Upon entry of this Order, Debtor must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED 09/01/2020.

Eduardo V. Rodriguez
United States Bankruptcy Judge