**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:   **Ford Steel, LLC**                                                      CASE NO   **20-34405**

                                                                                                     CHAPTER   **11**

*AMENDED 9/15/2020*
<u>**VERIFICATION OF CREDITOR MATRIX**</u>

   The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/15/2020                                                Signature   */s/ Herbert C. Jeffries*
                                                                                          *Herbert C. Jeffries*
                                                                                          *Managing Member*

Date  _____                                    Signature  _____

```
AFLAC
1932 WYNNTON ROAD
COLOMBUS, GA 31999-0001


American Express
P.O. Box 650448
Dallas, TX 75265-0448


Ameritas Life Insurance Corp
PO Box 650730
Dallas, TX  75265-0730


ATTORNEY GENERAL
TAX DIV. - BANKRUPTCY
POB 12548
AUSTIN, TX  78711


Attorney General
Department of Justice
10th and Constitution Ave N.W.
Rm. 400
Washington, D.C. 20530,

AZZ Inc
One Museum Place
3100 West 7th Street
Suite 500
Fort Worth, TX 76107,

Bozeman Engineering, Inc.
5868 Westheimer, #309
Houston, TX 77057


Carboline Company
2150 Schuetz Road
St. Louis, MO 63146


Chamberlain Hrdlicka
1200 Smith Street Suite 1400
Houston, TX 77002
```

Cheyenne Pate
1515 Emerald Plaza
College Station, TX 77845


Crown Industrial LLC.
P.O. Box 471
Willow Grove, PA 19090


D&L QUALITY PAINTING INC
12212 GREEN RIVER DR
HOUSTON, TX 77044


Equitable Life & Casualty Insurance Co
c/o Silac Insurance Company
Attn: John Neville, VP of Legal Services
299 South Main Street, Suite 1100
Salt Lake City, UT 84111

Esskay Structures, Inc.
2950 Short Court
Vienna, VA 22181


First Financial Bank, Inc
1716 Briarcrest, Suite 400
Bryan, TX 77802


Fort Worth Tower LLC
P.O. Box 848366
Dallas, TX 75284-8366


Harris County
c/o John Dillman
PO Box3064
Houston, TX  77253-3064


HARRIS COUNTY/CITY OF HOUSTON
C/O BANKRUPTCY DEPT
PO BOX 3064
HOUSTON, TX  77253-3064

Hebert Jeffries
23605 White Oak Forest
Porter, TX 77365


HJ Tower Management Inc.
24900 Ford Road
Porter, TX 77365


Hodell-Natco Industries, Inc.
P.O. Box 72594
Cleveland, OH  44192-0002


Internal Revenue Service
Insolvency Department
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
1919 Smith St.
Stop 5024 HOU
Houston, TX 77002


Internal Revenue Service
STOP 6692 AUSC
Austin, TX 73301-0030


Internal Revenue Service
12941 North Freeway, Ste. 316 Stop HNW
Houston, TX 77060


Intertek Asset Integrity Management, Inc
P.O. Box 419435
Boston, MA 02241-9435


IRS
8701 S. GESSNER
HOUSTON, TX  77074

```
IRS
PO BOX 149047
AUSTIN, TX  78714


IWS Gas & Supply of Texas, LTD.
125 Thruway Park
Broussard, LA 70518-3602


JPW Engineering Services PVT. LTD.
115 N. Sutter St.
Stockton, CA  95212


Konecranes Inc.
P.O. Box 641807
Pittsburgh, PA 15264-1807


Landsberg
P.O. Box 731575
Dallas, TX 75373-1575


Lichtgitter USA
12818 N Lake Houston Pkwy
Houston TX 77044


LINEBARGER, GOGGAN & BLAIR
PO BOX 3064
HOUSTON, TX  77253-3064


Marco
701 East Boulevard
Deer Park, TX 77536


McNichols
2502 N. Rocky Point Drive #750
Tampa, FL 33607-1421
```

Meadow Lark Agency Inc.
PO Box 150029
Ogden, UT 84415-0029


Memorial Herman Health Plan
LOCKBOX 301662
DALLAS, TX   75303-1662


Metal Plate Galvanizing
10625 Needham St.
Houston, TX   77013


Metelmex Int, INC.
3006 April Ln.
Houston, TX 77092


MONTGOMERY COUNTY
TAX COLLECTOR
400 N SAN JACINTO
CONROE, TX   77301-2823


National Commercial Products
P.O. Box 426
Southampton, PA   18966


Northern Safety Company, Inc.
P.O. Box 4250
Utica, NY 13504-4250


Prystash Insurance Agency
2207 Danbury P.O. Box 17926
San Antonio, TX 78217-0926


R L Land Services
3401 Timmons Lane #31
Houston, TX   77027

S&B Modular Operations, Ltd.
3959 Oscar Nelson Jr. Dr.
Baytown, TX 77523


Sagebrush Towers Inc.
24900 Ford Road
Porter, TX 77365


SECURITIES AND EXCHANGE
COMMISSION
450 FIFTH STREET NW
WASHINGTON, DC 20549


Service Steel Warehouse, L.P.
P.O. Box 843965
Dallas, TX 75284-3965


Small Business Administration
409 3rd St, SW
Washington DC 20416


Standard Premium
13590 SW 134th Ave, Suite 214
Miami, FL 33186


Steel and Pipe Supply Co.
P.O.BOX 731266
Dallas, TX 75373-1266


Steve Bales
909 Crystal Creek Dr.
Austin, TX 78746


TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17TH STREET
AUSTIN, TX 78774-0100
Attn:  Bankruptcy Dept,

```
Texas Workforce Commission
PO Box 149037
Austin, Texas   78714-9037



The Bank & Trust of Bryan/College Statio
PO Box 5847
Bryan, TX 77805-5847



Triple-S Steel Supply Co.
P.O. Box 21119
Houston, TX 77226



Tupa Ventures,Inc
26212 Whispering Pines St.
Magnolia, TX 77355



UNITED STATES TRUSTEE
515 Rusk Avenue, Ste. 3516
Houston, Texas 77002



United Tool and Fastener, Inc.
P.O. Box 38951
Houston, TX 77238



Valmont United Galvanizing
6123 Cunningham Road
Houston, TX  77041



Xerox Capital Services, LLC
P.O. Box 7405
Pasadena, CA 91109-7405
```