---

**Fill in this information to identify the case**

Debtor name **Ford Steel, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **20-34405**
(if known)

☑ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

**Part 1:**     Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                     **Current value of debtor's interest**

2.   **Cash on hand**

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 3.1. **Checking account- Debtor in Possession- Veritex Bank** | **Checking account** | 4 | 3 | 1 | 5 | $17,913.40 |
| 3.2. **Checking account- Debtor in Possession- Veritex Bank** | **Checking account** | 4 | 3 | 0 | 7 | $367,528.81 |
| 3.3. **Checking account- Sales Tax Account- Veritex Bank** | **Checking account** | 4 | 3 | 3 | 1 | $324.36 |
| 3.4. **Savings account- Plan Payment Account- Veritex Bank** | **Savings account** | 6 | 9 | 9 | 6 | $102.43 |

4.   **Other cash equivalents**     *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

| $385,869.00 |
|---|

---

Debtor  **Ford Steel, LLC**                                      Case number (if known)  **20-34405**
_____
Name

---

## Part 2:  Deposits and prepayments

**6.  Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes.  Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7.  Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1.   **State Comptroller Sales Tax** | $11,300.00 |
| **8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| Description, including name of holder of prepayment | |
| **9.  Total of Part 2.** Add lines 7 through 8. Copy the total to line 81. | $11,300.00 |

---

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

**11.  Accounts receivable**

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 11a.  90 days old or less: | $697,646.43 | – | $0.00 | |
| | face amount | | doubtful or uncollectible accounts | = ............. → $697,646.43 |
| 11b.  Over 90 days old: | $0.00 | – | $0.00 | |
| | face amount | | doubtful or uncollectible accounts | = ............. → $0.00 |

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.                 $697,646.43

---

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.  Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| **15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:                            % of ownership: | | |
| **16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| **17.  Total of Part 4** Add lines 14 through 16. Copy the total to line 83. | | $0.00 |

---

Debtor   **Ford Steel, LLC**                                    Case number (if known)  **20-34405**
_____                        _____
Name

## Part 5:   Inventory, excluding agriculture assets

**18.   Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |

**23.   Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$0.00

**24.   Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27.   Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops--either planted or harvested** | | | |
| **29.  Farm animals**  *Examples:*  Livestock, poultry, farm-raised fish | | | |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |

**33.   Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34.   Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35.   Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

Debtor __**Ford Steel, LLC**_____     Case number (if known) __**20-34405**_____
Name

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **9 Desks** | | | $2,250.00 |
| **60 Chairs** | | | $1,780.00 |
| **Shelves** | | | $175.00 |
| **8 Tables** | | | $1,200.00 |
| **1 Cabinet** | | | $200.00 |
| **19 Filing Cabinets** | | | $1,200.00 |
| **Chest of Drawers** | | | $150.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **2 Printers Copiers** | | | $3,000.00 |
| **20 Computers** | | | $10,000.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.          | $19,955.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes.  Fill in the information below.

| Debtor | **Ford Steel, LLC** | | Case number (if known) | **20-34405** |
|---|---|---|---|---|
| | Name | | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. **2006 40' Gooseneck Dual Tem Trailer<br>Ser#F40110612046 ST/ Flat Wood Deck** | | | $6,000.00 |
| 47.2. **Gooseneck 26' Wood Deck Flat Model Trailer** | | | $4,500.00 |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| | | | |
|---|---|---|---|
| **50 Welding Machines- See Exhibit B** | | | $77,625.00 |
| **43 Wire Feeders- See Exhibit B** | | | $26,385.00 |
| **5 Hand Plasmas- See Exhibit B** | | | $11,950.00 |
| **5 Iron Workers- See Exhibit B** | | | $45,500.00 |
| **7 Saw's- See Exhibit B** | | | $32,350.00 |
| **1 Shear- 2002 Accur Shear 12' Deck, M# 637512,<br>SN# 4396** | | | $29,000.00 |
| **Break Press- 2000 Accur Press Mod 717512 175<br>Ton Beak Press, 12' Deck, SN#656050** | | | $49,500.00 |
| **Break Press- Torin Bigred Jack 45 Ton Hydraulic<br>Press** | | | $700.00 |
| **Bender- 2014 Ercolina Mod TB050-EDT 2" Bender** | | | $6,750.00 |
| **2 Bridge Crane Bay 5** | | | $60,000.00 |
| **12 Bridge Cranes- See Exhibit B** | | | $308,500.00 |
| **9 Drills and E-mills- See Exhibit B** | | | $61,650.00 |
| **Horizontal Bring Mill- Gidding and Lewis Mod 65-<br>C5-F 5" SC#475-1-60** | | | $37,000.00 |
| **Radial Arm Drill- Carlton 15" Column 72" arm with<br>table** | | | $16,500.00 |
| **2 Beam Lines- See Exhibit B** | | | $307,500.00 |
| **Plate Line- 1986 Peddinghaus Mod FPB 500/3D<br>Plasma Plate Punch w/ Fagon Controls, 20'<br>Conveyer SN# 30225 w/ Hypertherm HT200<br>Plasma Cutter SN# 2000-005129 (not in<br>operation)** | | | $90,000.00 |
| **Burn Table- 1998 Santo ONIK-D-4000 4 Head,<br>22'x11' Water Table SN# 30200, Inter Logic<br>Plasma System Fineline 200 PC SN# 0690602** | | | $130,000.00 |
| **2 Angle Lines- See Exhibit B** | | | $190,000.00 |
| **Engine Lathe- Lathe Polamco Tur 50 12"x96"** | | | $8,500.00 |
| **4 Surface Grinders- See Exhibit B** | | | $10,525.00 |
| **30 Power Tools- See Exhibit B** | | | $18,300.00 |
| **36 Ladders- See Exhibit B** | | | $1,615.00 |

Debtor    **Ford Steel, LLC**                                    Case number (if known)    **20-34405**
          _____
          Name

| | | | |
|---|---|---|---|
| **Dozer- 1998 Case Mod 1150G Tracked Dozer SN# JJG0251134** | | | $27,000.00 |
| **Air Compressor- 2016 Quincy QSI 3000 60hp Rotary Screw Air Compressor w/Air Drying System** | | | $27,000.00 |
| **2 Paint Booths** | | | $300,000.00 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.                          | $1,884,350.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☒ No
    ☐ Yes

---

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☒ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **24800 Ford Road, Porter, TX 77365 6.003 Acres Appraised 7/19/2018** | **Business Property** | | **Appraisal** | **$7,715,000.00** |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    | $7,715,000.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☒ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☒ No
    ☐ Yes

---

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

---

Debtor   **Ford Steel, LLC** _____   Case number (if known)   **20-34405** _____

     Name

**61.   Internet domain names and websites**

    **Fordsteelllc.com** _____   _____   _____   **$0.00**

**62.   Licenses, franchises, and royalties**

**63.   Customer lists, mailing lists, or other compilations**

**64.   Other intangibles, or intellectual property**

**65.   Goodwill**

**66.   Total of Part 10.**

    Add lines 60 through 65.  Copy the total to line 89.   | **$0.00** |

**67.   Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

    ☑ No

    ☐ Yes

**68.   Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No

    ☐ Yes

**69.   Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

## Part 11:   All other assets

**70.   Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.

    ☑ Yes.  Fill in the information below.

                                        Current value of

                                        debtor's interest

**71.   Notes receivable**

    Description (include name of obligor)

**72.   Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

**73.   Interests in insurance policies or annuities**

    **The Burlington Insurance Company- Excess Liability** _____   **$0.00**

    **Great American Insurance Company- General Liability** _____   **$0.00**

    **Great Lakes Insurance- Property** _____   **$0.00**

    **Texas Mutual Worker's Compensation Insurance** _____   **$0.00**

**74.   Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.   Other contingent and unliquidated claims or causes of action of every nature,**
    **including counterclaims of the debtor and rights to set off claims**

**76.   Trusts, equitable or future interests in property**

**77.   Other property of any kind not already listed**   _Examples:_ Season tickets, country club membership

**78.   Total of Part 11.**

    Add lines 71 through 77.  Copy the total to line 90.   | **$0.00** |

**79.   Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor  **Ford Steel, LLC**                                         Case number (if known)  **20-34405**

_____Name_____

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | $385,869.00 | |
| 81.  **Deposits and prepayments.** _Copy line 9, Part 2._ | $11,300.00 | |
| 82.  **Accounts receivable.** _Copy line 12, Part 3._ | $697,646.43 | |
| 83.  **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84.  **Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| 85.  **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $19,955.00 | |
| 87.  **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $1,884,350.00 | |
| 88.  **Real property.** _Copy line 56, Part 9._..........................➔ | | $7,715,000.00 |
| 89.  **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90.  **All other assets.** _Copy line 78, Part 11._ | + $0.00 | |
| 91.  **Total.**  Add lines 80 through 90 for each column.  91a. | $2,999,120.43 | + 91b. $7,715,000.00 |

92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92...................................................  **$10,714,120.43**

**Fill in this information to identify the case:**

Debtor name   **Ford Steel, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **20-34405**
(if known)

☑ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1.  Do any creditors have claims secured by debtor's property?**

☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2.  List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
| --- | --- | --- | --- | --- |

| **2.1** | **Creditor's name**<br>**Equitable Life & Casualty Insurance Co** | Describe debtor's property that is subject to a lien | $2,565,127.37 | $7,715,000.00 |
| --- | --- | --- | --- | --- |

Creditor's mailing address
c/o Silac Insurance Company

Attn: John Neville, VP of Legal Services

299 South Main Street, Suite 1100

Salt Lake City        UT    84111

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number           __ __ __ __

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Specify each creditor, including this
   creditor, and its relative priority.

**Land, buildings, assets**

**Describe the lien**
**Business Account**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

1) ; 2) Crown Industrial LLC.; 3) ; 4) HARRIS COUNTY/CITY OF HOUSTON; 5) MONTGOMERY COUNTY; 6) Equitable Life & Casualty Insurance Co; 7) Internal Revenue Service; 8) Small Business Administration.

**3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $3,651,812.42

09/15/2020 11:08:38am

Debtor    Ford Steel, LLC _____    Case number (if known) **20-34405**

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | *Column A* <br> **Amount of claim** <br> Do not deduct the value of collateral. | *Column B* <br> **Value of collateral that supports this claim** |
|---|---|---|---|

**2.2**

**Creditor's name**
**First Financial Bank, Inc**

**Creditor's mailing address**
**1716 Briarcrest, Suite 400**

_____

**Bryan           TX    77802**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**       ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**All Business Personal Assets**

**Describe the lien**

**Business Equipment**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$475,764.24          $2,999,120.43

**2.3**

**Creditor's name**
**Internal Revenue Service**

**Creditor's mailing address**
**Insolvency Department**

**PO Box 7346**

_____

**Philadelphia        PA   19101-7346**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**       ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

**Describe debtor's property that is subject to a lien**

**6.003 Acres**

**Describe the lien**

**Taxes**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$204,675.43          $7,715,000.00

Debtor    Ford Steel, LLC _____        Case number (if known) **20-34405**

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.4**

**Creditor's name**
MONTGOMERY COUNTY

**Creditor's mailing address**
TAX COLLECTOR

400 N SAN JACINTO

CONROE          TX    77301-2823

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

6.003 Acres

**Describe the lien**

Taxes

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$246,345.38          $7,715,000.00

---

**2.5**

**Creditor's name**
Small Business Administration

**Creditor's mailing address**
409 3rd St, SW

_____

Washington          DC    20416

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**    7   9   0   6

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All business assets

**Describe the lien**

Loan

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$159,900.00          $7,222,208.01

Debtor   **Ford Steel, LLC** _____   Case number (if known) **20-34405** _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| **Cheyenne Pate** | | Line __**2.2**__ | ___ ___ ___ ___ |
| **1515 Emerald Plaza** | | | |
| | | | |
| **College Station** | **TX**  **77845** | | |
| | | | |
| **LINEBARGER, GOGGAN & BLAIR** | | Line __**2.4**__ | ___ ___ ___ ___ |
| **PO BOX 3064** | | | |
| | | | |
| **HOUSTON** | **TX**  **77253-3064** | | |

**Fill in this information to identify the case:**

Debtor          **Ford Steel, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number     **20-34405**
(if known)

☑ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| **2.1**  Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,108.00** | **$30,108.00** |
|---|---|---|---|

MONTGOMERY COUNTY
TAX COLLECTOR
400 N SAN JACINTO

☐ Contingent
☐ Unliquidated
☐ Disputed

CONROE                   TX       77301-2823

Date or dates debt was incurred
2019

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

| **2.2**  Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,196.82** | **$0.00** |
|---|---|---|---|

Texas Workforce Commission
PO Box 149037

☐ Contingent
☐ Unliquidated
☐ Disputed

Austin                   TX       78714-9037

Date or dates debt was incurred
_____

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account
number

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

Debtor   **Ford Steel, LLC**                                    Case number (if known) **20-34405**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
     claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,620.72** |
|-----|--------------------------------------------------|-----------------------------------------------------------------------|----------------|

**AFLAC**

**1932 WYNNTON ROAD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**COLOMBUS**          **GA**      **31999-0001**

Basis for the claim:
**Business Account**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,982.97** |
|-----|--------------------------------------------------|-----------------------------------------------------------------------|----------------|

**American Express**

**P.O. Box 650448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**          **TX**      **75265-0448**

Basis for the claim:
**Business Account**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,912.18** |
|-----|--------------------------------------------------|-----------------------------------------------------------------------|----------------|

**Ameritas Life Insurance Corp**

**PO Box 650730**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**          **TX**      **75265-0730**

Basis for the claim:
**Business Account**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,492.37** |
|-----|--------------------------------------------------|-----------------------------------------------------------------------|----------------|

**AZZ Inc**

**One Museum Place**

**3100 West 7th Street**

**Suite 500**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Business Account**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

09/15/2020 11:08:40am

| Debtor | **Ford Steel, LLC** | Case number (if known) | **20-34405** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$18,883.28

**Bozeman Engineering, Inc.**

**5868 Westheimer, #309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Houston** | **TX** | **77057** |

**Business Account**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$4,408.13

**Carboline Company**

**2150 Schuetz Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **St. Louis** | **MO** | **63146** |

**Business Account**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$2,615.73

**Chamberlain Hrdlicka**

**1200 Smith Street Suite 1400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Houston** | **TX** | **77002** |

**Business Account**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$5,450.15

**Crown Industrial LLC.**

**P.O. Box 471**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Willow Grove** | **PA** | **19090** |

**Business Account**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

Debtor    **Ford Steel, LLC** _____    Case number (if known)  **20-34405** _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,140.46 |

**D&L QUALITY PAINTING INC**

**12212 GREEN RIVER DR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**HOUSTON**         **TX    77044**       **Business Account**

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __     ☒ No
                                                  ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144,971.13 |

**Esskay Structures, Inc.**

**2950 Short Court**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Vienna**          **VA    22181**       **Business Account**

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __     ☒ No
                                                  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,230.73 |

**Fort Worth Tower LLC**

**P.O. Box 848366**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**          **TX    75284-8366**   **Business Account**

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __     ☒ No
                                                  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,645.70 |

**HJ Tower Management Inc.**

**24900 Ford Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Porter**          **TX    77365**       **Business Account**

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __     ☒ No
                                                  ☐ Yes

---

| Debtor | **Ford Steel, LLC** | Case number (if known) | **20-34405** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,929.71** |

Hodell-Natco Industries, Inc.

P.O. Box 72594

☐ Contingent
☐ Unliquidated
☐ Disputed

Cleveland            OH     44192-0002

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,104.96** |

Intertek Asset Integrity Management, Inc

P.O. Box 419435

☐ Contingent
☐ Unliquidated
☐ Disputed

Boston            MA     02241-9435

**Basis for the claim:** Business Account

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,952.26** |

IWS Gas & Supply of Texas, LTD.

125 Thruway Park

☐ Contingent
☐ Unliquidated
☐ Disputed

Broussard            LA     70518-3602

**Basis for the claim:** Business Account

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| **3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,490.00** |

JPW Engineering Services PVT. LTD.

115 N. Sutter St.

☐ Contingent
☐ Unliquidated
☐ Disputed

Stockton            CA     95212

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

09/15/2020 11:08:41am

| Debtor | **Ford Steel, LLC** | Case number (if known) | **20-34405** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $543.90 |

Check all that apply.

**Konecranes Inc.**

**P.O. Box 641807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Business Account**

**Pittsburgh** **PA** **15264-1807**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,282.83 |

Check all that apply.

**Landsberg**

**P.O. Box 731575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Business Account**

**Dallas** **TX** **75373-1575**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $77,929.12 |

Check all that apply.

**Lichtgitter USA**

**12818 N Lake Houston Pkwy**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Houston** **TX** **77044**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,257.45 |

Check all that apply.

**Marco**

**701 East Boulevard**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Deer Park** **TX** **77536**

**Business Account**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| Debtor | **Ford Steel, LLC** | Case number (if known) | **20-34405** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,977.70** |
| --- | --- | --- | --- |

**McNichols**

**2502 N. Rocky Point Drive #750**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Tampa**          **FL**      **33607-1421**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,866.24** |
| --- | --- | --- | --- |

**Meadow Lark Agency Inc.**

**PO Box 150029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Ogden**          **UT**      **84415-0029**

Basis for the claim: **Business Account**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,303.73** |
| --- | --- | --- | --- |

**Memorial Herman Health Plan**

**LOCKBOX 301662**

☐ Contingent
☐ Unliquidated
☐ Disputed

**DALLAS**          **TX**      **75303-1662**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,609.49** |
| --- | --- | --- | --- |

**Metal Plate Galvanizing**

**10625 Needham St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**          **TX**      **77013**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

09/15/2020 11:08:41am

| Debtor | **Ford Steel, LLC** | Case number (if known) | **20-34405** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,118.83 |
|---|---|---|---|

**Metelmex Int, INC.**

**3006 April Ln.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Houston** | **TX** | **77092** |
|---|---|---|

Basis for the claim:
**Business Account**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,718.60 |
|---|---|---|---|

**National Commercial Products**

**P.O. Box 426**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Southampton** | **PA** | **18966** |
|---|---|---|

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $482.54 |
|---|---|---|---|

**Northern Safety Company, Inc.**

**P.O. Box 4250**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Utica** | **NY** | **13504-4250** |
|---|---|---|

Basis for the claim:
**Business Account**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,157.95 |
|---|---|---|---|

**Prystash Insurance Agency**

**2207 Danbury P.O. Box 17926**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **San Antonio** | **TX** | **78217-0926** |
|---|---|---|

Basis for the claim:
**Business Account**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Schedule E/F: Creditors Who Have Unsecured Claims

09/15/2020 11:08:41am

| Debtor | **Ford Steel, LLC** | Case number (if known) | **20-34405** |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $106,805.83 |
|---|---|---|---|

*Check all that apply.*

R L Land Services

3401 Timmons Lane #31

☐ Contingent
☐ Unliquidated
☐ Disputed

| Houston | TX | 77027 |
|---|---|---|

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $135,726.82 |
|---|---|---|---|

*Check all that apply.*

S&B Modular Operations, Ltd.

3959 Oscar Nelson Jr. Dr.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Baytown | TX | 77523 |
|---|---|---|

Basis for the claim: Business Account

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $125,124.33 |
|---|---|---|---|

*Check all that apply.*

Sagebrush Towers Inc.

24900 Ford Road

☐ Contingent
☐ Unliquidated
☐ Disputed

| Porter | TX | 77365 |
|---|---|---|

Basis for the claim: Business Account

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $101,283.57 |
|---|---|---|---|

*Check all that apply.*

Service Steel Warehouse, L.P.

P.O. Box 843965

☐ Contingent
☐ Unliquidated
☐ Disputed

| Dallas | TX | 75284-3965 |
|---|---|---|

Basis for the claim: Business Account

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| Debtor | **Ford Steel, LLC** | Case number (if known) | **20-34405** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,749.86 |
|---|---|---|---|

Check all that apply.

**Standard Premium**

☐ Contingent

**13590 SW 134th Ave, Suite 214**

☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Miami** | **FL** | **33186** | **Business Account** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      **8   3   G   L**

☑ No
☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,467.28 |
|---|---|---|---|

Check all that apply.

**Standard Premium**

☐ Contingent

**13590 SW 134th Ave, Suite 214**

☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Miami** | **FL** | **33186** | **Business Account** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      **e   r   t   y**

☑ No
☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $789,166.18 |
|---|---|---|---|

Check all that apply.

**Steel and Pipe Supply Co.**

☐ Contingent

**P.O.BOX 731266**

☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Dallas** | **TX** | **75373-1266** | **Business Account** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      ___  ___  ___  ___

☑ No
☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,420,822.11 |
|---|---|---|---|

Check all that apply.

**Steve Bales**

☐ Contingent

**909 Crystal Creek Dr.**

☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Austin** | **TX** | **78746** | **Business Account** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      ___  ___  ___  ___

☑ No
☐ Yes

| Debtor | **Ford Steel, LLC** | Case number (if known) | **20-34405** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.37** | Nonpriority creditor's name and mailing address

**Steve Bales**

**909 Crystal Creek Dr.**

**Austin**          **TX**       **78746**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.38** | Nonpriority creditor's name and mailing address

**Triple-S Steel Supply Co.**

**P.O. Box 21119**

**Houston**          **TX**       **77226**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$266,316.08**

---

**3.39** | Nonpriority creditor's name and mailing address

**Triple-S Steel Supply Co.**

**P.O. Box 21119**

**Houston**          **TX**       **77226**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$226,469.44**

---

**3.40** | Nonpriority creditor's name and mailing address

**Tupa Ventures,Inc**

**26212 Whispering Pines St.**

**Magnolia**          **TX**       **77355**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,463.01**

---

09/15/2020 11:08:41am

| Debtor | **Ford Steel, LLC** | Case number (if known) | **20-34405** |
| --- | --- | --- | --- |

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,060.93** |
| --- | --- | --- | --- |

**United Tool and Fastener, Inc.**

**P.O. Box 38951**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston              TX       77238**

Basis for the claim:
**Business Account**

Date or dates debt was incurred

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$76,531.85** |
| --- | --- | --- | --- |

**Valmont United Galvanizing**

**6123 Cunningham Road**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston              TX       77041**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,961.38** |
| --- | --- | --- | --- |

**Xerox Capital Services, LLC**

**P.O. Box 7405**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Pasadena              CA       91109-7405**

Basis for the claim:
**Business Account**

Date or dates debt was incurred

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

09/15/2020 11:08:41am

| Debtor | Ford Steel, LLC | Case number (if known) | 20-34405 |
|---|---|---|---|

---

**Part 3:**     List Others to Be Notified About Unsecured Claims

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
    listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
   are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.1**   Attorney General
        Department of Justice
        10th and Constitution Ave N.W.
        Rm. 400

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

**4.2**   ATTORNEY GENERAL
        TAX DIV. - BANKRUPTCY
        POB 12548

        AUSTIN          TX     78711

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

**4.3**   Harris County
        c/o John Dillman
        PO Box3064

        Houston          TX     77253-3064

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

**4.4**   HARRIS COUNTY/CITY OF HOUSTON
        C/O BANKRUPTCY DEPT
        PO BOX 3064

        HOUSTON          TX     77253-3064

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

**4.5**   Internal Revenue Service
        12941 North Freeway, Ste. 316 Stop HNW

        Houston          TX     77060

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

**4.6**   Internal Revenue Service
        STOP 6692 AUSC

        Austin          TX     73301-0030

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

---

Debtor     **Ford Steel, LLC**                                          Case number (if known)  **20-34405**

---

| **Part 3:** | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.7  **Internal Revenue Service** **1919 Smith St.** **Stop 5024 HOU** **Houston          TX     77002** | Line _____ ☑ Not listed.  Explain: **Taxes** | __ __ __ __ |
| 4.8  **IRS** **PO BOX 149047** **AUSTIN          TX     78714** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.9  **IRS** **8701 S. GESSNER** **HOUSTON          TX     77074** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.10  **SECURITIES AND EXCHANGE COMMISSION** **450 FIFTH STREET NW** **WASHINGTON          DC     20549** | Line _____ ☑ Not listed.  Explain: **NOTICE ONLY** | __ __ __ __ |
| 4.11  **TEXAS COMPTROLLER OF PUBLIC ACCOUNTS** **111 E. 17TH STREET** **AUSTIN, TX 78774-0100** **Attn:  Bankruptcy Dept,** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.12  **The Bank & Trust of Bryan/College Statio** **PO Box 5847** **Bryan          TX     77805-5847** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.13  **UNITED STATES TRUSTEE** **515 Rusk Avenue, Ste. 3516** **Houston          TX     77002** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |

Debtor    **Ford Steel, LLC**                                                    Case number (if known)  **20-34405**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

                                                                                    **Total of claim amounts**

5a.   **Total claims from Part 1**                                          5a.              **$38,304.82**

5b.   **Total claims from Part 2**                                          5b. **+**        **$5,957,027.53**

5c.   **Total of Parts 1 and 2**                                            5c.              **$5,995,332.35**
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name **Ford Steel, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **20-34405**        Chapter **11**
(if known)

☑ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1  **State what the contract or lease is for and the nature of the debtor's interest**

Office Space
Contract to be ASSUMED

**H.C. Jeffries Tower Company, Inc.**

**24900 Ford Road**

**State the term remaining**

**List the contract number of any government contract**

Porter                TX        77365

09/15/2020 11:08:41am

**Fill in this information to identify the case:**

Debtor name **Ford Steel, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **20-34405**
(if known)

☑ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1  Herbert Jeffries** | **23605 White Oak Forest**<br>Number    Street | **First Financial Bank, Inc** | ☑ D<br>☐ E/F<br>☐ G |
| | **Porter**            **TX**   **77365**<br>City                              State    ZIP Code | | |
| **2.2  Herbert Jeffries** | **23605 White Oak Forest**<br>Number    Street | **Equitable Life &**<br>**Casualty Insurance Co** | ☑ D<br>☐ E/F<br>☐ G |
| | **Porter**            **TX**   **77365**<br>City                              State    ZIP Code | | |

**Fill in this information to identify the case:**

Debtor Name   **Ford Steel, LLC**

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number (if known):   **20-34405**

☑ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

**1.**   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.   **Real property:**
Copy line 88 from Schedule A/B.............................................................................. **$7,715,000.00**

    1b.   **Total personal property:**
Copy line 91A from Schedule A/B.............................................................................. **$2,999,120.43**

    1c.   **Total of all property**
Copy line 92 from Schedule A/B.............................................................................. **$10,714,120.43**

| Part 2: | Summary of Liabilities |
| --- | --- |

**2.**   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.................................... **$3,651,812.42**

**3.**   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.   **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F............................................. **$38,304.82**

    3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ **+ $5,957,027.53**

**4.**   **Total liabilities**
Lines 2 + 3a + 3b............................................................................................. **$9,647,144.77**

**Fill in this information to identify the case and this filing:**

Debtor Name  **Ford Steel, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **20-34405**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **09/15/2020**          X **/s/ Herbert C. Jeffries**
          MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                                **Herbert C. Jeffries**
                                Printed name
                                **Managing Member**
                                Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name **Ford Steel, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **20-34405**
(if known)

☑ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

| | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From **01/01/2020** to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$5,677,705.31** |
| **For prior year:** | From **01/01/2019** to **12/31/2019**<br>MM / DD / YYYY     MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$8,382,806.00** |
| **For the year before that:** | From **01/01/2018** to **12/31/2018**<br>MM / DD / YYYY     MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$8,289,739.00** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.1. | **See Exhibit C**<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor   **Ford Steel, LLC**                                                  Case number (if known)   **20-34405**
         Name

**4.**   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.**   **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.**   **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.**   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **The Bank & Trust of Bryan/College Station vs. HC Jeffries Tower Comp, Ford Steel and Herbert Jeffries** | **Breach of contract** | **85th District Court of Brazos County** Name | ☑ Pending |
| | | _____ Street | ☐ On appeal |
| | | | ☐ Concluded |
| **Case number** **17-001700-CV-85** | | **Bryan          TX** City          State   ZIP Code | |

**8.**   **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Debtor | **Ford Steel, LLC** | | Case number (if known) | **20-34405** |
|---|---|---|---|---|
| | Name | | | |

## Part 4:    Certain Gifts and Charitable Contributions

9.    **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ☑ None

## Part 5:    Certain Losses

10.   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☑ None

## Part 6:    Certain Payments or Transfers

11.   **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None

| | **Who was paid or who received the transfer?** | **If not money, describe the property transferred** | **Dates** | **Total amount or value** |
|---|---|---|---|---|
| 11.1. | **Cooper & Scully, P.C.** | **Court filing fee: $1,717.00** | **9/1/2020** | **$1,717.00** |
| | **Address** | | | |
| | **815 Walker St., Suite 1040** | | | |
| | Street | | | |
| | | | | |
| | **Houston**    **TX**    **77002** | | | |
| | City      State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **www.cooperscully.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | **Who was paid or who received the transfer?** | **If not money, describe the property transferred** | **Dates** | **Total amount or value** |
|---|---|---|---|---|
| 11.2. | **Cooper & Scully, P.C.** | **Attorney Fees-paid under bankruptcy case number 17-35028** | **2017-2020** | **$114,298.16** |
| | **Address** | | | |
| | **815 Walker St., Suite 1040** | | | |
| | Street | | | |
| | | | | |
| | **Houston**    **TX**    **77002** | | | |
| | City      State    ZIP Code | | | |
| | **Email or website address** | | | |
| | **www.cooperscully.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

Debtor   **Ford Steel, LLC**                                      Case number (if known)  **20-34405**
         Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |
| --- | --- |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Part 8: | Health Care Bankruptcies |
| --- | --- |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| Part 9: | Personally Identifiable Information |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

    Does the debtor have a privacy policy about that information?
    ☐ No.
    ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
        ☐ No.  Go to Part 10.
        ☐ Yes.  Fill in below:

Debtor **Ford Steel, LLC**
Name
Case number (if known) **20-34405**

---

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Herbert & Mary Jeffries**<br>Name<br>**23605 White Oak Forest**<br>Street<br><br>**Porter                    TX     77365**<br>City            State   ZIP Code | **Ford Steel, LLC**<br>**24800 Ford Road**<br>**Porter            TX     77365** | **2 Antique tables with 4 chairs, 2 paintings, 2 antique hutches, 6 radios, carved Elephant 3 trunks, small conference table, 11 chairs, 3 tables, aquarium, 2 hutches, cabinet, benches, bookshelf,  4 chairs, desk, file cabinet, a serving table, glass table** | **$15,500.00** |

Debtor    **Ford Steel, LLC**                                           Case number (if known)   **20-34405**
          Name

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | | | Dates of service | | |
|---|---|---|---|---|---|---|
| 26a.1. | **Mark Elroy** <br> Name <br> **1423 Lofty Maple Trail** <br> Street | | | From | **5/14/07** | To | **Present** |
| | **Kingwood** <br> City | **TX** <br> State | **77345** <br> ZIP Code | | | |
| | Name and address | | | Dates of service | | |
| 26a.2. | **Mary Jeffries** <br> Name <br> **23605 White Oak Forest** <br> Street | | | From | **12/2/99** | To | **Present** |
| | **Porter** <br> City | **TX** <br> State | **7735** <br> ZIP Code | | | |

Debtor     **Ford Steel, LLC**
           Name                                            Case number (if known) **20-34405**

**Name and address**                                       **Dates of service**

26a.3.     **Chong Tang**                                  From    **6/22/15**    To    **Present**
           Name
           **23605 Black Opal Ln**
           Street


           **Kingwood**                **TX**      **77339**
           City                        State       ZIP Code

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
        statement within 2 years before filing this case.

        ☑ None

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

        ☑ None

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
        financial statement within 2 years before filing this case.

        ☐ None

        **Name and address**

26d.1.  **Guardian Advisors**
        Name

        Street


        City                          State       ZIP Code

        **Name and address**

26d.2.  **Gulfbank**
        Name

        Street


        City                          State       ZIP Code

        **Name and address**

26d.3.  **Brian Capital Real Estate Fund**
        Name

        Street


        City                          State       ZIP Code

        **Name and address**

26d.4.  **Big Shoulders Capital**
        Name

        Street


        City                          State       ZIP Code

Debtor    **Ford Steel, LLC** _____    Case number (if known)  **20-34405** _____
Name

**Name and address**

26d.5.    **Equitable Life & Casualty Insurance Co** _____
Name

_____
Street

_____

_____
City                         State      ZIP Code

**Name and address**

26d.6.    **Utica Lease Co.** _____
Name

_____
Street

_____

_____
City                         State      ZIP Code

**Name and address**

26d.7.    **Iron Horse Credit** _____
Name

_____
Street

_____

_____
City                         State      ZIP Code

**Name and address**

26d.8.    **Nations Equipment Finance** _____
Name

_____
Street

_____

_____
City                         State      ZIP Code

**Name and address**

26d.9.    **Equity Partner H6** _____
Name

_____
Street

_____

_____
City                         State      ZIP Code

**Name and address**

26d.10.    **IPG Investments** _____
Name

_____
Street

_____

_____
City                         State      ZIP Code

Debtor   **Ford Steel, LLC**_____   Case number (if known) **20-34405**_____
　　　　　Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Herbert Jeffries** | **23605 White Oak Forest Porter, TX 77356** | **Managing Member** | **86%** |
| **Mark Elroy** | **1423 Lofty Maple Trail Kingwood, TX 77345** | **CFO** | **0%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes.  Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Chad Jeffries**<br>Name<br><br>Street<br><br>City　　　State　ZIP Code | **$162,911.47** | **9/1/2019-8/31/20** | **Compensation** |
| | **Relationship to debtor**<br>**Insider** | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Mary Jeffries**<br>Name<br>**23605 White Oak Forest**<br>Street<br><br>**Porter**　　**TX**　**77365**<br>City　　　State　ZIP Code | **$156,000.00** | **9/1/2019-8/31/2020** | **Compensation** |
| | **Relationship to debtor** | | | |

| Debtor | **Ford Steel, LLC** | Case number (if known) | **20-34405** |
|---|---|---|---|
| | Name | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

---

### Part 14:   Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **09/15/2020**
       MM / DD / YYYY


X **/s/ Herbert C. Jeffries**                                    Printed name  **Herbert C. Jeffries**
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor  **Managing Member**


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:                                                          CHAPTER    11

**Ford Steel, LLC**


DEBTOR(S)                                                CASE NO    **20-34405**

*AMENDED 9/15/2020*
## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Hebert Jeffries<br>23605 White Oak Forest<br>Porter, TX 77365 | | 86% | |
| Steve Bales<br>909 Crystal Creek Dr.<br>Austin, TX 78746 | | 14% | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Managing Member** _____ of the _____ **Corporation** _____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: __**9/15/2020**_____          Signature: __**/s/ Herbert C. Jeffries**_____

                                                                *Herbert C. Jeffries*
                                                                **Managing Member**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re: **Ford Steel, LLC**

CASE NO   **20-34405**

CHAPTER   **11**

*AMENDED 9/15/2020*
## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

| | | |
|---|---|---|
| 1. Gross Income for 12 Months Prior to Filing: | **$8,382,806.00** | |

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---|
| 2. Gross Monthly Income: | | **$766,835.70** |

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor): | **$279,303.67** | |
| 4. Payroll Taxes: | **$27,930.37** | |
| 5. Unemployment Taxes: | **$2,793.04** | |
| 6. Worker's Compensation: | **$14,077.33** | |
| 7. Other Taxes: | **$7,750.00** | |
| 8. Inventory Purchases (including raw materials): | **$336,538.45** | |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** | |
| 10. Rent (other than debtor's principal residence): | **$0.00** | |
| 11. Utilities: | **$5,965.25** | |
| 12. Office Expenses and Supplies: | **$1,527.42** | |
| 13. Repairs and Maintenance: | **$1,000.00** | |
| 14. Vehicle Expenses: | **$3,881.33** | |
| 15. Travel and Entertainment: | **$0.00** | |
| 16. Equipment Rental and Leases: | **$0.00** | |
| 17. Legal/Accounting/Other Professional Fees: | **$3,500.00** | |
| 18. Insurance: | **$20,002.33** | |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** | |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | | |
| **Secured Payments** | **$42,577.00** | |
| 21. Other (Specify): | | |
| **Misc** | **$3,000.00** | |
| 22. Total Monthly Expenses (Add items 3 - 21) | | **$749,846.19** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2): | | **$16,989.51** |

**Fill in this information to identify the case:**

Debtor name **Ford Steel, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **20-34405**
(if known)

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Steve Bales 909 Crystal Creek Dr. Austin, TX 78746 | | Business Account | | | | $3,420,822.11 |
| 2 | Steel and Pipe Supply Co. P.O.BOX 731266 Dallas, TX 75373-1266 | | Business Account | | | | $789,166.18 |
| 3 | Triple-S Steel Supply Co. P.O. Box 21119 Houston, TX 77226 | | Business Account | | | | $266,316.08 |
| 4 | Triple-S Steel Supply Co. P.O. Box 21119 Houston, TX 77226 | | Business Account | | | | $226,469.44 |
| 5 | Esskay Structures, Inc. 2950 Short Court Vienna, VA 22181 | | Business Account | | | | $144,971.13 |

Debtor   **Ford Steel, LLC**                                        Case number (if known) **20-34405**
         _____                              _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   S&B Modular Operations, Ltd. 3959 Oscar Nelson Jr. Dr. Baytown, TX 77523 | | Business Account | | | | $135,726.82 |
| 7   Sagebrush Towers Inc. 24900 Ford Road Porter, TX 77365 | | Business Account | | | | $125,124.33 |
| 8   R L Land Services 3401 Timmons Lane #31 Houston, TX  77027 | | | | | | $106,805.83 |
| 9   Service Steel Warehouse, L.P. P.O. Box 843965 Dallas, TX 75284-3965 | | Business Account | | | | $101,283.57 |
| 10   Lichtgitter USA 12818 N Lake Houston Pkwy Houston TX 77044 | | | | | | $77,929.12 |
| 11   Valmont United Galvanizing 6123 Cunningham Road Houston, TX  77041 | | | | | | $76,531.85 |
| 12   Fort Worth Tower LLC P.O. Box 848366 Dallas, TX 75284-8366 | | Business Account | | | | $70,230.73 |
| 13   Memorial Herman Health Plan LOCKBOX 301662 DALLAS, TX  75303-1662 | | | | | | $56,303.73 |

Debtor   **Ford Steel, LLC**                                      Case number (if known)  **20-34405**
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  JPW Engineering Services PVT. LTD. 115 N. Sutter St. Stockton, CA  95212 | | | | | | $45,490.00 |
| 15  Metal Plate Galvanizing 10625 Needham St. Houston, TX  77013 | | | | | | $44,609.49 |
| 16  McNichols 2502 N. Rocky Point Drive #750 Tampa, FL 33607-1421 | | | | | | $42,977.70 |
| 17  Hodell-Natco Industries, Inc. P.O. Box 72594 Cleveland, OH  44192-0002 | | | | | | $39,929.71 |
| 18  HJ Tower Management Inc. 24900 Ford Road Porter, TX 77365 | | Business Account | | | | $37,645.70 |
| 19  MONTGOMERY COUNTY TAX COLLECTOR 400 N SAN JACINTO CONROE, TX  77301-2823 | | Taxes | | | | $30,108.00 |
| 20  IWS Gas & Supply of Texas, LTD. 125 Thruway Park Broussard, LA 70518-3602 | | Business Account | | | | $18,952.26 |