## Ford Steel, LLC
## Open Invoices
### As of September 1, 2020

| Type | Date | Num | P.O. # | Terms | Due Date | Open Balance |
|---|---|---|---|---|---|---|
| **Bay Ltd.** | | | | | | |
| **4835** | | | | | | |
| Invoice | 08/04/2020 | 2011255 | 195579 | Net 30 | 09/03/2020 | 94,693.00 |
| Total 4835 | | | | | | 94,693.00 |
| Total Bay Ltd. | | | | | | 94,693.00 |
| **BMWC CONSTRUCTORS, INC.** | | | | | | |
| **4850** | | | | | | |
| Invoice | 08/19/2020 | 2011273 | 704002/0007 | Net 30 | 09/18/2020 | 13,241.25 |
| Total 4850 | | | | | | 13,241.25 |
| Total BMWC CONSTRUCTORS, INC. | | | | | | 13,241.25 |
| **Cajun Industries, LLC** | | | | | | |
| **4765** | | | | | | |
| Invoice | 08/11/2020 | 2011261 | 20402-3380 | Due on receipt | 09/10/2020 | 1,120.67 |
| Invoice | 08/13/2020 | 2011269 | 20402-3380 | Due on receipt | 09/12/2020 | 40,973.20 |
| Invoice | 09/01/2020 | 2011282 | 20402-3380 | Due on receipt | 09/01/2020 | 1,152.86 |
| Total 4765 | | | | | | 43,246.73 |
| Total Cajun Industries, LLC | | | | | | 43,246.73 |
| **CCC Group, Inc.** | | | | | | |
| **4861** | | | | | | |
| Invoice | 08/28/2020 | 2011286 | 210684M0020 | Net 45 | 10/12/2020 | 13,163.52 |
| Total 4861 | | | | | | 13,163.52 |
| Total CCC Group, Inc. | | | | | | 13,163.52 |
| **Exxon** | | | | | | |
| **4831** | | | | | | |
| Invoice | 08/24/2020 | 2011275 | AM4540232759 | Net 30 | 09/23/2020 | 7,704.34 |
| Total 4831 | | | | | | 7,704.34 |
| **4859** | | | | | | |
| Invoice | 08/11/2020 | 2011252 | AM4410849526 | Net 30 | 09/10/2020 | 9,725.23 |
| Total 4859 | | | | | | 9,725.23 |
| **4860** | | | | | | |
| Invoice | 08/11/2020 | 2011253 | AM4410849527 | Net 30 | 09/10/2020 | 2,414.28 |
| Total 4860 | | | | | | 2,414.28 |
| **4862** | | | | | | |
| Invoice | 07/29/2020 | 2011246 | AM4410850263 | Net 30 | 08/28/2020 | 25,773.75 |
| Total 4862 | | | | | | 25,773.75 |
| **4864** | | | | | | |
| Invoice | 07/29/2020 | 2011245 | AM4410850273 | Net 30 | 08/28/2020 | 17,934.25 |
| Total 4864 | | | | | | 17,934.25 |
| **4876** | | | | | | |
| Invoice | 08/24/2020 | 2011274 | UDN/4410853031 | Net 30 | 09/23/2020 | 25,099.76 |
| Total 4876 | | | | | | 25,099.76 |
| **4885** | | | | | | |

Exhibit A

## Ford Steel, LLC
## Open Invoices
### As of September 1, 2020

| Type | Date | Num | P. O. # | Terms | Due Date | Open Balance |
|---|---|---|---|---|---|---|
| Invoice | 09/01/2020 | 2011281 | AM4410855828 | Net 30 | 10/01/2020 | 86,952.67 |
| **Total 4885** | | | | | | 86,952.67 |
| **Total Exxon** | | | | | | 175,604.28 |

**H & M Mechanical Constructors, Inc**
**4825**

| Type | Date | Num | P. O. # | Terms | Due Date | Open Balance |
|---|---|---|---|---|---|---|
| Payment | 06/12/2020 | | | | | -318.00 |
| **Total 4825** | | | | | | -318.00 |

**4868**

| Type | Date | Num | P. O. # | Terms | Due Date | Open Balance |
|---|---|---|---|---|---|---|
| Invoice | 08/31/2020 | 2011278 | 46019 | Net 30 | 09/30/2020 | 23,277.00 |
| **Total 4868** | | | | | | 23,277.00 |
| **Total H & M Mechanical Constructors, Inc** | | | | | | 22,959.00 |

**HC Jeffries Tower Company, Inc.**
**4781**

| Type | Date | Num | P. O. # | Terms | Due Date | Open Balance |
|---|---|---|---|---|---|---|
| Invoice | 03/23/2020 | 2011154 | KNVO | Net 30 | 04/22/2020 | 856.52 |
| **Total 4781** | | | | | | 856.52 |

**4794**

| Type | Date | Num | P. O. # | Terms | Due Date | Open Balance |
|---|---|---|---|---|---|---|
| Invoice | 05/15/2020 | 2011193 | RFS | Net 30 | 06/14/2020 | 10,911.00 |
| **Total 4794** | | | | | | 10,911.00 |

**4837**

| Type | Date | Num | P. O. # | Terms | Due Date | Open Balance |
|---|---|---|---|---|---|---|
| Invoice | 08/08/2020 | 2011254 | PORTERMUD | Net 30 | 09/09/2020 | 2,149.00 |
| **Total 4837** | | | | | | 2,149.00 |
| **Total HC Jeffries Tower Company, Inc.** | | | | | | 13,916.52 |

**Lyondell Chemical Company**
**4865**

| Type | Date | Num | P. O. # | Terms | Due Date | Open Balance |
|---|---|---|---|---|---|---|
| Invoice | 08/03/2020 | 2011251 | 4404003700 | Net 45 | 09/17/2020 | 3,719.00 |
| **Total 4865** | | | | | | 3,719.00 |
| **Total Lyondell Chemical Company** | | | | | | 3,719.00 |

**M & C Oilfield serv.**
**4873**

| Type | Date | Num | P. O. # | Terms | Due Date | Open Balance |
|---|---|---|---|---|---|---|
| Invoice | 08/17/2020 | 2011268 | 200974 | Net 30 | 09/16/2020 | 2,994.00 |
| **Total 4873** | | | | | | 2,994.00 |
| **Total M & C Oilfield serv.** | | | | | | 2,994.00 |

**Steve Bales Construction Company**
**4672**

| Type | Date | Num | P. O. # | Terms | Due Date | Open Balance |
|---|---|---|---|---|---|---|
| Invoice | 05/31/2019 | 2010924 | CCI BU#800726 | Net 30 | 06/30/2019 | 373.95 |
| **Total 4672** | | | | | | 373.95 |

**4673**

| Type | Date | Num | P. O. # | Terms | Due Date | Open Balance |
|---|---|---|---|---|---|---|
| Invoice | 06/24/2019 | 2010937 | BUSBY HALF PIPES | Net 30 | 07/24/2019 | 4,438.00 |
| **Total 4673** | | | | | | 4,438.00 |
| **Total Steve Bales Construction Company** | | | | | | 4,811.95 |

**The Dilling Group INC**
**4852**

| Type | Date | Num | P. O. # | Terms | Due Date | Open Balance |
|---|---|---|---|---|---|---|
| Invoice | 08/05/2020 | 2011256 | D203773-36001 | Net 30 | 09/04/2020 | 33,952.01 |

Exhibit A

**Ford Steel, LLC**
**Open Invoices**
**As of September 1, 2020**

| Type | Date | Num | P.O.# | Terms | Due Date | Open Balance |
|---|---|---|---|---|---|---|
| Invoice | 08/10/2020 | 2011257 | D203773-36001 | Net 30 | 09/09/2020 | 30,251.81 |
| Invoice | 08/10/2020 | 2011258 | D203773-36001 | Net 30 | 09/09/2020 | 2,700.00 |
| Invoice | 08/12/2020 | 2011264 | D203773-36001 | Net 30 | 09/11/2020 | 14,233.99 |
| Invoice | 08/14/2020 | 2011267 | D203773-36001 | Net 30 | 09/13/2020 | 29,799.36 |
| Invoice | 08/17/2020 | 2011270 | D203773-36001 | Net 30 | 09/16/2020 | 22,842.02 |
| Invoice | 08/19/2020 | 2011272 | D203773-36001 | Net 30 | 09/18/2020 | 9,946.77 |
| Invoice | 08/27/2020 | 2011279 | D203773-36001 | Net 30 | 09/26/2020 | 19,832.09 |
| Invoice | 08/28/2020 | 2011280 | D203773-36001 | Net 30 | 09/27/2020 | 28,192.13 |
| **Total 4852** | | | | | | **191,750.18** |
| **4879** | | | | | | |
| Invoice | 08/19/2020 | 2011271 | D203773-36676 | Net 30 | 09/18/2020 | 2,848.00 |
| **Total 4879** | | | | | | **2,848.00** |
| **4882** | | | | | | |
| Invoice | 08/11/2020 | 2011263 | D203773-36842 | Net 30 | 09/10/2020 | 3,555.00 |
| **Total 4882** | | | | | | **3,555.00** |
| **4884** | | | | | | |
| Invoice | 08/17/2020 | 2011266 | D203773-36864 | Net 30 | 09/16/2020 | 1,221.00 |
| **Total 4884** | | | | | | **1,221.00** |
| **Total The Dilling Group INC** | | | | | | **199,374.18** |
| **WORLEY FIELD SERVICES INC.** | | | | | | |
| **4807** | | | | | | |
| Invoice | 09/01/2020 | 2011277 | 57FP20XX-HH175246-00 | Net 45 | 10/16/2020 | 7,341.00 |
| **Total 4807** | | | | | | **7,341.00** |
| **4878** | | | | | | |
| Invoice | 09/01/2020 | 2011285 | 57FP20XX-HH178211-01 | Net 45 | 10/16/2020 | 56,604.00 |
| **Total 4878** | | | | | | **56,604.00** |
| **Total WORLEY FIELD SERVICES INC.** | | | | | | **63,945.00** |
| **ZEON CHEMICALS L.P.** | | | | | | |
| **4846** | | | | | | |
| Invoice | 08/24/2020 | 2011276 | 638503 | Net 30 | 09/23/2020 | 45,978.00 |
| **Total 4846** | | | | | | **45,978.00** |
| **Total ZEON CHEMICALS L.P.** | | | | | | **45,978.00** |
| **TOTAL** | | | | | | **697,646.43** |

Exhibit A