Ford Steel

As Of :08/04/2016

| Ref. | Qty. | Item | Description | Cond | FMV |
|---|---|---|---|---|---|
| 1 | 1 | Welding Machine | 2010, Miller Deltaweld 452 SN# MA370034U | G | $2,500 |
| 2 | 1 | Welding Machine | 1997, Miller Deltaweld 452 SN# KH413941 | G | $1,650 |
| 3 | 1 | Welding Machine | 2010, Miller Deltaweld 452 SN# MA350027U | G | $2,500 |
| 4 | 1 | Welding Machine | 1999, Miller Deltaweld 452 SN# KK016574 | G | $1,800 |
| 5 | 1 | Welding Machine | 1996, Miller CP-300 SN# KF-908573 | G | $1,175 |
| 6 | 1 | Welding Machine | 1996, Miller CP-252TS SN# KG272739 | G | $1,350 |
| 7 | 1 | Welding Machine | 1995, Miller CP-300 SN# KF-996952 | G | $1,050 |
| 8 | 1 | Welding Machine | 2007, Miller Dialarc 250 AC/DC SN# LH030020C | G | $1,300 |
| 9 | 1 | Welding Machine | 1991, Miller CP-300 SN# KB-040664 | G | $750 |
| 10 | 1 | Welding Machine | 1996, Miller CP-300 SN# KF-996988 | G | $1,175 |
| 11 | 1 | Welding Machine | 1994, Miller CP-300 SN# KE-592491 | G | $950 |
| 12 | 1 | Welding Machine | 1999, Miller Deltaweld 452 SN# KK002453 | G | $1,800 |
| 13 | 1 | Welding Machine | 1999, Miller Deltaweld 452 SN# KK002537 | G | $1,800 |
| 14 | 1 | Welding Machine | 1999, Miller Deltaweld 452 SN# KK016576 | G | $1,800 |
| 15 | 1 | Welding Machine | 1995, Miller CP-300 SN# KF-789144 | G | $1,050 |
| 16 | 1 | Welding Machine | 1995, Miller CP-300 SN# KF-794120 | G | $1,050 |
| 17 | 1 | Welding Machine | 2006, Miller Bobcat 250 SN# LG080604 | G | $2,600 |
| 18 | 1 | Welding Machine | 1999, Miller Deltaweld 452 SN# KK01118 | G | $1,800 |
| 19 | 1 | Welding Machine | 2010, Miller pipeworx 400 SN# MA110255G | G | $7,500 |
| 20 | 1 | Welding Machine | 2006, Miller CP-302 SN# LG190472C | G | $1,900 |

WFA Group/HCJ16me

ME - 1

EXHIBIT B

Ford Steel

As Of :08/04/2016

| Ref. | Qty. | Item | Description | Cond | FMV |
|---|---|---|---|---|---|
| 21 | 1 | Welding Machine | 1994, Miller Deltaweld 451 SN# KE661873 | G | $1,350 |
| 22 | 1 | Welding Machine | 2010, Miller Deltaweld 452 SN# MA350025U | G | $2,500 |
| 23 | 1 | Welding Machine | 2010, Miller Syncrowave 200 SN# MA380485L | G | $1,750 |
| 24 | 1 | Welding Machine | 2004, Miller Dialarc 250 AC/DC SN# LE369722 | G | $1,050 |
| 25 | 1 | Welding Machine | 1999, Miller Deltaweld 452 SN# KK008965 | G | $1,800 |
| 26 | 1 | Welding Machine | 1986, Miller Deltaweld 450 SN# JG137136 | G | $1,300 |
| 27 | 1 | Welding Machine | 1995, Miller CP-300 SN# KF-800027 | G | $1,050 |
| 28 | 1 | Welding Machine | 1995, Miller CP-300 SN# KF-789135 | G | $1,050 |
| 29 | 1 | Welding Machine | 1994, Miller CP-300 SN# KE-726501 | G | $950 |
| 30 | 1 | Welding Machine | 1993, Miller Deltaweld 451 SN# KD530466 | G | $1,200 |
| 31 | 1 | Welding Machine | 1981, Miller Deltaweld 650 SN# JB544224 | G | $850 |
| 32 | 1 | Welding Machine | 1997, Miller Deltaweld 452 SN# KH574189 | G | $1,450 |
| 33 | 1 | Welding Machine | 1999, Miller Deltaweld 452 SN# KK011113 | G | $1,800 |
| 34 | 1 | Welding Machine | 1990, Miller Deltaweld 451 SN# KA-871038 | G | $975 |
| 35 | 1 | Welding Machine | 1995, Miller CP-300 SN# KF-779403 | G | $1,050 |
| 36 | 1 | Welding Machine | 1994, Miller Deltaweld 451 SN# KE-652361 | G | $1,350 |
| 37 | 1 | Welding Machine | 2010, Miller Deltaweld 452 SN# MA350026U | G | $2,500 |
| 38 | 1 | Welding Machine | 1999, Miller Deltaweld 452 SN# KK011116 | G | $1,800 |
| 39 | 1 | Welding Machine | 1995, Miller CP-300 SN# KF-800001 | G | $1,050 |
| 40 | 1 | Welding Machine | 1999, Miller Deltaweld 452 SN# KK011112 | G | $1,800 |

Ford Steel

As Of :08/04/2016

| Ref. | Qty. | Item | Description | Cond | FMV |
|---|---|---|---|---|---|
| 41 | 1 | Welding Machine | 1989, Miller Deltaweld 451 SN# JK-620991 | G | $925 |
| 42 | 1 | Welding Machine | 1995, Miller CP-300 SN# KF-789134 | G | $1,050 |
| 43 | 1 | Welding Machine | 1995, Miller CP-300 SN# KF-996990 | G | $1,050 |
| 44 | 1 | Welding Machine | 1995, Miller CP-300 SN# KF-789137 | G | $1,050 |
| 45 | 1 | Welding Machine | Thermal Predator AC/DC SN# A02124A191707D | G | $1,000 |
| 46 | 1 | Welding Machine | 1993, Miller CP-300 SN# KD-495701 | G | $850 |
| 47 | 1 | Welding Machine | 1999, Miller Deltaweld 452 SN# KK002535 | G | $1,800 |
| 48 | 1 | Welding Machine | 1995, Miller CP-300 SN# KF-622647 | G | $1,050 |
| 49 | 1 | Welding Machine | Lincoln Electric AC/DC Ranger SN: U1040522237 | G | $1,750 |
| 50 | 1 | Welding Machine | 1990, Miller Deltaweld 451 SN# KA-867039 | G | $975 |
| 51 | 1 | Wire Feeders | Miller S-74D SN#300617 | G | $945 |
| 52 | 1 | Wire Feeders | 1996, Miller S-64 SN# KG 171220 | G | $675 |
| 53 | 1 | Wire Feeders | 2006, Miller S-22A SN#LG361414W | G | $500 |
| 54 | 1 | Wire Feeders | 1997, Miller S-64 SN# KH455576 | G | $700 |
| 55 | 1 | Wire Feeders | 1999, Miller S-22A SN# KE697574 | G | $300 |
| 56 | 1 | Wire Feeders | 1998, Miller S-22A SN# KJ299027 | G | $300 |
| 57 | 1 | Wire Feeders | 2001, Miller R-115 SN# LB221991 | G | $450 |
| 58 | 1 | Wire Feeders | 1998, Miller S-62 SN# KJ058557 | G | $1,000 |
| 59 | 1 | Wire Feeders | 1994, Miller S-62 SN# KE623334 | G | $700 |
| 60 | 1 | Wire Feeders | 2004, Miller R-115 SN# LE303793 | G | $600 |

Ford Steel

As Of :08/04/2016

| Ref. | Qty. | Item | Description | Cond | FMV |
|---|---|---|---|---|---|
| 61 | 1 | Wire Feeders | Miller S-62 SN# unknown | G | $700 |
| 62 | 1 | Wire Feeders | 1992, Miller S-64 SN# KC275197 | G | $250 |
| 63 | 1 | Wire Feeders | 2010, Miller S-740 SN# MA390320U | G | $1,300 |
| 64 | 1 | Wire Feeders | 2003, Miller R-115 SN# LC400980 | G | $550 |
| 65 | 1 | Wire Feeders | 2008, Miller S-22A SN# LJ410123U | G | $600 |
| 66 | 1 | Wire Feeders | Miller Pipeworx Paul Feeder SN# MA070181G, (assume Field Pro) | G | $1,850 |
| 67 | 1 | Wire Feeders | 1998, Miller S-22A SN# KJ299026 | G | $300 |
| 68 | 1 | Wire Feeders | 1998, Miller S-22A SN# KJ299022 | G | $300 |
| 69 | 1 | Wire Feeders | 2009, Miller S-22A SN# LK170039U | G | $675 |
| 70 | 1 | Wire Feeders | 2003, Miller R-115 SN# LC470444 | G | $550 |
| 71 | 1 | Wire Feeders | 1985, Millermatic S-54E SN# JF931770 | G | $350 |
| 72 | 1 | Wire Feeders | 1995, Miller S-S-64 SN# KF917039 | G | $575 |
| 73 | 1 | Wire Feeders | 2004, Miller S-24A SN# LE152969 | G | $650 |
| 74 | 1 | Wire Feeders | 1994, Miller S-22A SN# KE671083 | G | $225 |
| 75 | 1 | Wire Feeders | Profax Pro-2 SN# 2307 | G | $750 |
| 76 | 1 | Wire Feeders | 2011, Miller R-115 SN# MB270138 | G | $1,000 |
| 77 | 1 | Wire Feeders | 1994, Miller S-22A SN# KE684232 | G | $225 |
| 78 | 1 | Wire Feeders | 1995, Miller S-22A SN# KF889848 | G | $700 |
| 79 | 1 | Wire Feeders | 1997, Miller S-22A SN# KH487767 | G | $275 |
| 80 | 1 | Wire Feeders | 1998, Miller S-22A SN# KJ299025 | G | $275 |

EXHIBIT B

Ford Steel                                                                                                       As Of :08/04/2016

| Ref. | Qty. | Item | Description | Cond | FMV |
|---|---|---|---|---|---|
| 81 | 1 | Wire Feeders | 1997, Miller S-64 SN# KH419316 | G | $750 |
| 82 | 1 | Wire Feeders | 2010, Miller S-74D SN# MA3903217U | G | $945 |
| 83 | 1 | Wire Feeders | 2009, Miller S-22A SN# LK020130U | G | $675 |
| 84 | 1 | Wire Feeders | 1996, Miller S-22A SN# KG224232 | G | $250 |
| 85 | 1 | Wire Feeders | 1997, Miller S-22A SN# KH487770 | G | $275 |
| 86 | 1 | Wire Feeders | Profax Pro-2 SN# 2308 | G | $750 |
| 87 | 1 | Wire Feeders | 1998, Miller S-22A SN# KJ299023 | G | $275 |
| 88 | 1 | Wire Feeders | 1995, Miller S-64 SN# KF842559 | G | $575 |
| 89 | 1 | Wire Feeders | 1998, Miller S-64 SN# KJ244161 | G | $750 |
| 90 | 1 | Wire Feeders | 2010, Miller S-74D SN# MA390318U | G | $945 |
| 91 | 1 | Wire Feeders | 1998, Miller R-115 SN# KJ298905 | G | $650 |
| 92 | 1 | Wire Feeders | 1998, Miller S-22A SN# KJ298905 | G | $275 |
| 93 | 1 | Wire Feeders | Thermal Arc CC/CV Hefty II SN# T00121301043 | G | $1,000 |
| 94 | 1 | Hand Plasmas | Hypertherm Powermaxx 105 SN# 105-013949 | G | $3,250 |
| 95 | 1 | Hand Plasmas | Hypertherm Powermaxx 105 SN# 105-008059 | G | $3,250 |
| 96 | 1 | Hand Plasmas | Hypertherm Powermaxx 105 SN# 105-013951 | G | $3,250 |
| 97 | 1 | Hand Plasmas | Hypertherm Powermaxx 45 SN# 45-012794 | G | $1,100 |
| 98 | 1 | Hand Plasmas | Hypertherm Powermaxx 45 SN# 45-011700 | G | $1,100 |
| 99 | 1 | Iron Workers | Mubea Ironworker 90 ton KBL 110-7, SN# 013717862553 w/dies | G | $8,000 |
| 100 | 1 | Iron Workers | Center Engineering Metal Muncher 86 ton MM90C SN# 1158-12-79 | G | $7,000 |

**EXHIBIT B**

Ford Steel    As Of :08/04/2016

| Ref. | Qty. | Item | Description | Cond | FMV |
|---|---|---|---|---|---|
| 101 | 1 | Iron Workers | Spartan IW66D 66 ton SN# IW66D-348 | G | $6,000 |
| 102 | 1 | Iron Workers | Strippit FABRI-Center Turret Press Mod. FC1000 III 30 ton 33 station , SN# 51373284 | G | $15,000 |
| 103 | 1 | Iron Workers | Piranha Ironworker SN# ? (assume 50 ton) | G | $9,500 |
| 104 | 1 | SAW's | Jet Saw Mod Unk | G | $3,000 |
| 105 | 1 | SAW's | Wilton 14" Vertical Bandsaw M# 8201 SN# 1140972 | G | $1,000 |
| 106 | 1 | SAW's | 1999, FMB Saw Antares SN# A01234 | G | $4,250 |
| 107 | 1 | SAW's | Scotchman Saw SN# Unk, (assume 16"x16") | G | $8,500 |
| 108 | 1 | SAW's | Gairu Mod. MQ-810, 30" cut | G | $1,600 |
| 109 | 1 | SAW's | Do All Mod. 500DS horizontal saw | G | $13,000 |
| 110 | 1 | SAW's | Carolina HV20 saw | F | $1,000 |
| 111 | 1 | Shear | 2002, Accur Shear 12' deck, M# 637512, SN# 4396 | G | $29,000 |
| 112 | 1 | Break Presses | 2000, Accur Press Mod. 717512 175 ton beak press, 12' deck, SN# 656050 | G | $49,500 |
| 113 | 1 | Break Presses | Torin Bigred Jack 45 ton Hydraulic Press | G | $700 |
| 114 | 1 | Bender | 2014, Ercolina Mod. TB050-EDT 2" bender | G | $6,750 |
| 115 | 1 | Bridge Crane Bay 5 | 5 Ton Proserv Crane 55' single beam, bottom hung , top running, electric pendent control SN# P-11044.A | G | $30,000 |
| 116 | 1 | Bridge Crane Bay 5 | 5 Ton Proserv Crane 55' single beam, bottom hung, top running, electric pendent control SN# P-11044.B | G | $30,000 |
| 117 | 1 | Bridge Crane | 15 Ton Yale hoist model EEWZ0X28RT13D4, no beams, hoist only | G | $17,000 |
| 118 | 1 | Bridge Crane | 10 Ton P&H (2 5 ton hoists) 55' double beam, top hung, top running, electric pendent control, SN# 4469 | G | $41,500 |

EXHIBIT B

Ford Steel

As Of :08/04/2016

| Ref. | Qty. | Item | Description | Cond | FMV |
|---|---|---|---|---|---|
| 119 | 1 | Bridge Crane | 5 Ton Proserv Anchor 55' double beam, top running, top hung, electric pendent control,  SN# P-6425 | G | $26,000 |
| 120 | 1 | Bridge Crane | 20 Ton P&H crane  42' double beam, top running, top hung, electric pendent control, SN# CD-36602-JZ | G | $42,000 |
| 121 | 1 | Bridge Crane | 20Ton P&H crane  42' double beam, top running, top hung, electric pendent control, SN# CD-36601-JZ | G | $42,000 |
| 122 | 1 | Bridge Crane | 3 Ton P&H Crane 35' double beam, top running, top hung, electric pendent control,  SN# 4595 | G | $18,000 |
| 123 | 1 | Bridge Crane | 3 Ton P&H Crane  35' double beam, top running, top hung, electric pendent control, SN# 4594 | G | $18,000 |
| 124 | 1 | Bridge Crane | 5 Ton P&H Crane 45' double beam, top running, top hung, electric pendent control,  SN# 4591 | G | $24,000 |
| 125 | 1 | Bridge Crane | 5 Ton P&H Crane  45' double beam, top running, top hung, electric pendent control,SN# 4593 | G | $24,000 |
| 126 | 1 | Bridge Crane | 5 Ton P&H Crane 45' double beam, top running, top hung, electric pendent control SN# 4592 | G | $24,000 |
| 127 | 1 | Bridge Crane | Ca 2000, 10000 lb lift  Toyota Forklift Mod. Unk, | G | $21,000 |
| 128 | 1 | Bridge Crane | 15000 lb. lift Hyster Forklift, Mod. Unk | F | $11,000 |
| 129 | 1 | Drills and E-mill's | Clarke metal worker Drill Press Model# BT1029 | G | $400 |
| 130 | 1 | Drills and E-mill's | Delta Rockwell Drill Press | G | $450 |
| 131 | 1 | Horizontal Boring Mill | Gidding and Lewis Mod. 65-C5-F 5" horizontal boring mill, SC# 475-1-60 | G | $37,000 |
| 132 | 1 | Drills and E-mill's | Acer E-Mill Model # EVS-3VKH SN# N0110835 | G | $9,000 |
| 133 | 1 | Drills and E-mill's | Babin Machine works "24" E Circlematic SN# ADP-364 | G | $14,500 |

Ford Steel                                                                                              As Of :08/04/2016

| Ref. | Qty. | Item | Description | Cond | FMV |
|---|---|---|---|---|---|
| 134 | 1 | Drills and E-mill's | Hurco Model Hawk 522M w/Ultimax Controls, SN# H5SM9200I028B | G | $7,500 |
| 135 | 1 | Drills and E-mill's | Hurco Model # BMC-50V2, 20 tool magazine, Ultimax Controls, SN# BM-8003069A | G | $10,000 |
| 136 | 1 | Drills and E-mill's | Hurco Model # BMC-10, 24 tool magazine, Ultimax Controls SN# BF-8001115A | G | $9,500 |
| 137 | 1 | Radial Arm Drill | Carlton 15" column 72" arm with table | G | $16,500 |
| 138 | 1 | Drills and E-mill's | Acer E-Mill Model # FVS-3VKH SN# N0050275 | G | $9,000 |
| 139 | 1 | Drills and E-mill's | South Bend Vertical milling machine, 1 HP, Model # MIL4218 | G | $1,300 |
| 140 | 1 | Beam Line | 1991, Peddinghaus, punching station Mod. BDL100015E w/Fagor controls, 9 drill spindles, integrated signscript making system, hydraulic conveyors, factory rebuild 1997 SN# 32984 | G | $225,000 |
| 141 | 1 | Beam Line | 1991, Peddinghaus Mod. ABC 1000/4C Coper w/4 torches, conveyor system, SN# 32234 | G | $82,500 |
| 142 | 1 | Plate Line | 1986, Peddinghaus Mod. FPB 500/3D plasma plate punch w/ Fagon Controls, 20' conveyor SN# 30225 w/ Hypertherm HT200 plasma cutter, SN# 2000-005129--Not in operation --Needs hydraulic pump replacement | G | $90,000 |
| 143 | 1 | Burn Table | 1998, Santo ONIK-D-4000 4 head, 22'x x11 ' water table, SN# 30200, Inter Logic Plasma System Fineline 200PC, SN# 0690602 | G | $130,000 |
| 144 | 1 | Angle Line | 1997, Peddinghaus Mod. AFCPS-645A  6"x6" Anglemaster w/hydraulic conveyors, SN# A-345, Factory rebuild 1997 | G | $125,000 |
| 145 | 1 | Angle Line | CA 1991, Custom built 6" x 6" x1/2" hydraulic "Schifflerized" 60 degree angle former | G | $65,000 |
| 146 | 1 | Engine Lathe | Lathe Polanco Tur 50, 12" X 96" SN# Unknown | G | $8,500 |

: Ford Steel

As Of: 08/04/2016

| Ref. | Qty. | Item | Description | Cond | FMV |
|---|---|---|---|---|---|
| 147 | 1 | Surface Grinder | Acer Supra-618AH SN# 11110063C | G | $7,500 |
| 148 | 1 | Surface Grinder | Belt Sander Kalamazoo Vertical 14" SN# unknown | G | $2,500 |
| 149 | 1 | Surface Grinder | Central Machinery 6" Belt and 9" Discisander SN# 09100579 model T6852 | G | $175 |
| 150 | 1 | Surface Grinder | Baldor Bench Grinder SN# 9311369 | G | $350 |
| 151 | 1 | Power Tools | ATRA Ace WA-3500 SN# 500003201S Mag Drill | G | $1,200 |
| 152 | 1 | Power Tools | Slugger JHM U5A5 X SN# unknown | G | $975 |
| 153 | 1 | Power Tools | Milwaukee Reimer SN# unknown | G | $15 |
| 154 | 1 | Power Tools | 8" SkilSaw SN# 51000794 | G | $50 |
| 155 | 1 | Power Tools | Ironton 14" chopsaw SN# 400688 | G | $65 |
| 156 | 1 | Power Tools | Craftsman 14" chopsaw SN# K9802 | G | $65 |
| 157 | 1 | Power Tools | Milwaukee 8" Metal Saw SN# A35CD14190991 | G | $125 |
| 158 | 1 | Power Tools | Milwaukee 8" Metal Saw SN# A35CD15150739 | G | $125 |
| 159 | 1 | Power Tools | Milwaukee 8" Metal Saw SN# A35CD14340133 | G | $125 |
| 160 | 1 | Power Tools | Milwaukee 8" Metal Saw SN# Unknown | G | $125 |
| 161 | 1 | Power Tools | Milwaukee 14" copsaw SN# Unknown | G | $65 |
| 162 | 1 | Power Tools | Ironton 14" chopsaw SN# unknown | G | $65 |
| 163 | 1 | Power Tools | 24" pipe Beveler SN# Unknown | G | $4,200 |
| 164 | 1 | Power Tools | 18" pipe Beveler SN# Unknown | G | $2,600 |
| 165 | 1 | Power Tools | 12" pipe Beveler SN# Unknown | G | $1,150 |

EXHIBIT B

Ford Steel

As Of :08/04/2016

| Ref. | Qty. | Item | Description | Cond | FMV |
|---|---|---|---|---|---|
| 166 | 1 | Power Tools | 6" pipe Beveler SN# Unknown | G | $1,150 |
| 167 | 1 | Power Tools | Dry Rodoven M# 717012 | G | $200 |
| 168 | 1 | Power Tools | Slugger USA 101 Mag Drill SN# Unknown | G | $500 |
| 169 | 1 | Power Tools | Slugger USA 101 Mag Drill SN# Unknown | G | $500 |
| 170 | 1 | Power Tools | ATRA Ace WA-3500 SN# Unknown | G | $1,200 |
| 171 | 1 | Power Tools | Slugger USA 101 Mag Drill NN# Unknown | G | $500 |
| 172 | 1 | Power Tools | EnerPac 2 Ton Punch | G | $100 |
| 173 | 1 | Power Tools | Baldor Bevel Min M# 9000 SN# 10053 | G | $1,600 |
| 174 | 1 | Power Tools | EnerPac Hydo Jacks 20 Ton Punch | G | $500 |
| 175 | 1 | Power Tools | Porta Band Saw 8" SN# Unknown | G | $150 |
| 176 | 1 | Power Tools | Dewalt 3/4 Hand Drill SN# 30263 | G | $475 |
| 177 | 1 | Power Tools | Dewalt 3/4 Impact Drill SN# unknown | G | $175 |
| 178 | 1 | Power Tools | 4" Grinders 20pcs die | G | $50 |
| 179 | 1 | Power Tools | 7" Grinders 15 pcs die | G | $125 |
| 180 | 1 | Power Tools | Dewalt Cordless Drill SN# 154432 | G | $125 |
| 181 | 4 | Ladder's | Werner 4' Ladder's | G | $80 |
| 182 | 26 | Ladder's | Werner 8' Ladder's | G | $1,150 |
| 183 | 1 | Ladder's | Werner 25 Extension Ladder | G | $85 |
| 184 | 4 | Ladder's | Werner 6' Ladder | G | $100 |

**EXHIBIT B**

Ford Steel

As Of :08/04/2016

| Ref. | Qty. | Item | Description | Cond | FMV |
|---|---|---|---|---|---|
| 185 | | | | | |
| 186 | 1 | Ladder's | U Line 50" Angle Rolling Ladder | G | $200 |
| 187 | | | | | |
| 188 | | | | | |
| 189 | | | | | |
| 190 | | | | | |
| 191 | | | | | |
| 192 | | | | | |
| 193 | | | | | |
| 194 | 1 | Trailers | 2006 40' Gooseneck Dual Tem Trail Ser# F40110612046 ST/Flat wood deck | G | $6,000 |
| 195 | 1 | Trailers | Gooseneck 26' wood deck Flat model UNKOWNN | G | $4,500 |
| 196 | | | | | |
| 197 | | | | | |
| 198 | | | | | |
| 199 | | | | | |
| 200 | | | | | |

WFA Group/HCl16me

ME - 11

**EXHIBIT B**

Ford Steel

As Of :08/04/2016

| Ref. | Qty. | Item | Description | Cond | FMV |
|---|---|---|---|---|---|
| 217 | | | | | |
| 218 | | | | | |
| 219 | | | | | |
| 220 | | | | | |
| 221 | | | | | |
| 222 | 1 | Dozer | 1998, Case Mod.1150G tracked dozer, SN# JJG0251134 | F | $27,000 |
| 223 | | | | | |
| 224 | | | | | |
| 225 | 1 | Air Compressor | 2016, Quincy QSI 3000 60 hp rotary screw air compressor w/air drying system | G | $27,000 |

Total          1583,925

Value Conclusion

**EXHIBIT B**