10:17 AM
09/14/20
Accrual Basis

Case 20-34405   Document 28-3   Filed in TXSB on 09/15/20   Page 1 of 2

**Ford Steel, LLC**
**Transaction List by Account**
As of September 1, 2020

**Banking**

**Green Bank-4307-Checking**

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 09/01/2020 | Debit | Cooper&Scully | | | Accounts Payable | | 82,714.75 |
| Check | 06/23/2020 | 3199 | United States Treasury | Case 17-35028-H5-11 | | Class 4D - IRS Secured | | 71,079.80 |
| Check | 07/17/2020 | 3258 | United States Treasury | Case No. 17-35028 Class 3, 4D | | -SPLIT- | | 51,639.58 |
| Bill Pmt -Check | 06/04/2020 | 3140 | Steel and Pipe Supply Co. | | √ | Accounts Payable | | 50,067.47 |
| Bill Pmt -Check | 06/19/2020 | 3167 | Steel and Pipe Supply Co. | | √ | Accounts Payable | | 48,641.56 |
| Bill Pmt -Check | 06/15/2020 | 3156 | Steel and Pipe Supply Co. | | √ | Accounts Payable | | 45,327.06 |
| Bill Pmt -Check | 09/01/2020 | Debit | Aztec Galvanizing Services | 75882 | | Accounts Payable | | 35,106.47 |
| Check | 06/03/2020 | Debit CT | + Texas Mutual Insurance Company (WC) | Downpayment for Workerscomp | √ | Worker's Compensation | | 30,000.00 |
| Check | 07/17/2020 | 3259 | Tammy J. McRae Tax Assessor/ Property | Case No. 17-35028 Class 4B | √ | Class 4B - Montgomery County | | 29,983.65 |
| Bill Pmt -Check | 06/10/2020 | 3148 | Valmont United Galvanizing | | √ | Accounts Payable | | 27,600.12 |
| Bill Pmt -Check | 08/20/2020 | wire mj | Samuel, Son & Co. Inc | 4878-522 | | Accounts Payable | | 26,567.60 |
| Check | 07/24/2020 | Debit CT | HC Jeffries Tower Company, Inc. | | √ | Due from Tower Company | | 26,000.00 |
| Bill Pmt -Check | 08/03/2020 | 3286 | Steel and Pipe Supply Co. | | | Accounts Payable | | 25,000.00 |
| Check | 06/10/2020 | 3151 | Equitable Life & Casualty | | √ | Equitable Life & Casualty | | 24,306.81 |
| Check | 07/17/2020 | 3261 | Equitable Life & Casualty | | √ | Equitable Life & Casualty | | 24,306.81 |
| Check | 08/28/2020 | Wire Mark | Equitable Life & Casualty | | | Equitable Life & Casualty | | 24,306.81 |
| Bill Pmt -Check | 08/04/2020 | Debit CT | H.C. Jeffries Tower Company, Inc | | | Accounts Payable | | 21,540.00 |
| Bill Pmt -Check | 06/26/2020 | 3203 | LICHTGITTER USA | | √ | Accounts Payable | | 21,055.40 |
| Bill Pmt -Check | 08/19/2020 | 3314 | Steel and Pipe Supply Co. | | | Accounts Payable | | 20,901.82 |
| Bill Pmt -Check | 08/17/2020 | 3310 | Steel and Pipe Supply Co. | | | Accounts Payable | | 20,062.43 |
| Bill Pmt -Check | 07/27/2020 | 3278 | Steel and Pipe Supply Co. | | √ | Accounts Payable | | 20,000.00 |
| Check | 08/17/2020 | Debit CT | H.C. Jeffries Tower Company, Inc | | | Due from Tower Company | | 20,000.00 |
| Bill Pmt -Check | 06/04/2020 | 3141 | Metal Plate Galvanizing | | √ | Accounts Payable | | 19,608.57 |
| Bill Pmt -Check | 06/23/2020 | 3198 | U.S Trustee | 414-17-35028 | √ | Accounts Payable | | 19,476.12 |
| Bill Pmt -Check | 09/01/2020 | 3343 | U.S Trustee | 414-17-35028 | | Accounts Payable | | 19,407.00 |
| Bill Pmt -Check | 07/14/2020 | 3218 | Steel and Pipe Supply Co. | | √ | Accounts Payable | | 19,327.05 |
| Bill Pmt -Check | 06/17/2020 | 3161 | Valmont United Galvanizing | | | Accounts Payable | | 17,486.52 |
| Bill Pmt -Check | 06/18/2020 | 3162 | Memorial Herman Health Plan-LH01 | L0000170 | √ | Accounts Payable | | 17,029.43 |
| Bill Pmt -Check | 08/07/2020 | 3297 | Memorial Herman Health Plan-LH01 | L0000170 | | Accounts Payable | | 17,029.43 |
| Bill Pmt -Check | 07/08/2020 | 3211 | Steel and Pipe Supply Co. | | √ | Accounts Payable | | 16,448.42 |
| Bill Pmt -Check | 09/01/2020 | 3342 | Valmont United Galvanizing | | | Accounts Payable | | 16,410.29 |
| Bill Pmt -Check | 06/12/2020 | Debit CT | H.C. Jeffries Tower Company, Inc | | √ | Accounts Payable | | 16,380.00 |
| Bill Pmt -Check | 06/17/2020 | 3160 | Memorial Herman Health Plan-LH01 | L0000170 | √ | Accounts Payable | | 16,253.51 |
| Bill Pmt -Check | 06/15/2020 | Debit CT | H.C. Jeffries Tower Company, Inc | | √ | Accounts Payable | | 13,600.00 |
| Bill Pmt -Check | 07/20/2020 | Debit CT | H.C. Jeffries Tower Company, Inc | | √ | Accounts Payable | | 13,100.00 |
| Check | 07/13/2020 | 3215 | HJ Tower Management, Inc | | √ | Due from HJ Tower Management | | 13,000.00 |
| Check | 06/10/2020 | 3150 | United States Treasury | JUNE 2020 Case 17-35028-H5-11 25% Payment | | Class 4D - IRS Secured | | 12,909.90 |
| Bill Pmt -Check | 07/22/2020 | Debit CT | + Standard Premium-07644396-TXMutual | | √ | Accounts Payable | | 11,883.85 |
| Bill Pmt -Check | 08/24/2020 | Debit CT | + Standard Premium-07644396-TXMutual | | | Accounts Payable | | 11,883.85 |
| Bill Pmt -Check | 06/22/2020 | 3170 | + Prystash Insurance Agency | PROPERTY RENEWL | √ | Accounts Payable | | 11,494.88 |
| Check | 07/31/2020 | Debit CT | HC Jeffries Tower Company, Inc. | | √ | Due from Tower Company | | 11,000.00 |
| Bill Pmt -Check | 08/21/2020 | 3319 | LICHTGITTER USA | 4765-190 | | Accounts Payable | | 11,000.00 |
| Bill Pmt -Check | 06/10/2020 | 3146 | Hodell-Natco Industries, Inc. | | √ | Accounts Payable | | 10,811.40 |
| Bill Pmt -Check | 06/19/2020 | 3169 | T & G Services | | √ | Accounts Payable | | 10,711.00 |
| Check | 06/23/2020 | 3191 | Steel and Pipe Supply Co. | | √ | Steel and Pipe Supply | | 10,430.00 |
| Bill Pmt -Check | 06/12/2020 | Debit CT | H.C. Jeffries Tower Company, Inc | | √ | Accounts Payable | | 10,000.00 |
| Bill Pmt -Check | 07/10/2020 | Debit CT | H.C. Jeffries Tower Company, Inc | | √ | Accounts Payable | | 10,000.00 |
| Bill Pmt -Check | 06/03/2020 | 3138 | Valmont United Galvanizing | | | Accounts Payable | | 9,628.92 |
| Check | 08/31/2020 | 3335 | Veritex Community Bank | Cashiers Check For Southern Fab & Supports, Inc. | | Cash on Hand | | 9,021.69 |
| Bill Pmt -Check | 06/19/2020 | 3164 | Hodell-Natco Industries, Inc. | | √ | Accounts Payable | | 8,990.58 |
| Check | 06/23/2020 | 3192 | Triple-S Steel Supply Co. | | √ | Triple-S Steel - AP | | 8,961.92 |
| Check | 07/20/2020 | Debit CT | H.C. Jeffries Tower Company, Inc | | √ | Due from Tower Company | | 8,900.00 |
| Bill Pmt -Check | 08/21/2020 | 3315 | Valmont United Galvanizing | 4766 Seq 4 LD 1 | | Accounts Payable | | 8,307.99 |
| Check | 06/10/2020 | 3152 | The Bank and Trust | | √ | The Bank & Trust Loan - New | | 8,270.44 |
| Check | 07/17/2020 | 3260 | The Bank and Trust | | √ | The Bank & Trust Loan - New | | 8,270.44 |
| Check | 09/01/2020 | Debit | The Bank and Trust | | | The Bank & Trust Loan - New | | 8,270.44 |
| Check | 06/12/2020 | Debit | State Comptroller / Sales Tax | | √ | Franchise Tax | | 8,093.00 |
| Bill Pmt -Check | 09/01/2020 | 3344 | Mid-South Metals | 4854-408 | | Accounts Payable | | 8,000.00 |
| Check | 06/23/2020 | 3196 | Triple-S Steel Supply Co. | | √ | Triple S Steel Note, 5.5% | | 7,663.39 |
| Bill Pmt -Check | 06/10/2020 | 3147 | Metal Plate Galvanizing | | √ | Accounts Payable | | 7,662.25 |
| Bill Pmt -Check | 06/25/2020 | 3201 | Valmont United Galvanizing | | √ | Accounts Payable | | 7,568.60 |

Exhibit C

Page 1 of 2

**Ford Steel, LLC**
**Transaction by Account**
**As of September 1, 2020**

| Type | Date | Num | Name | Memo | Clr | Split | Debit | Credit |
|------|------|-----|------|------|-----|-------|-------|--------|

Exhibit C