**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**HENRY G. HOBBS, JR.**
**ACTING UNITED STATES TRUSTEE**
**REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS**
**ALICIA BARCOMB**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas  77002**
**Telephone: (713) 718-4650 x 239**
**Fax: (713) 718-4670**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|   FORD STEEL, LLC, | § | **CASE NO. 20-34405** |
| | § | |
| | § | |
| | § | **CHAPTER 11** |
| DEBTOR. | § | |

### REPORT OF THE UNITED STATES TRUSTEE OF
### INABILITY TO APPOINT A CREDITORS' COMMITTEE

TO THE HONORABLE EDUARDO V. RODRIGUEZ
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Henry G. Hobbs, Jr., the Acting United States Trustee for Region 7, by and through the undersigned counsel, who respectfully represents as follows:

1.      On September 1, 2020, Debtor filed a voluntary petition seeking relief under chapter 11 of the Bankruptcy Code.

2.      The Acting United States Trustee is responsible for appointing a committee of creditors holding unsecured claims pursuant to 11 U.S.C. § 1102(a)(1).

3.      The Acting United States Trustee has attempted to solicit creditors interested in serving on a creditors' committee from the list of creditors holding the twenty largest unsecured claims. After excluding governmental units, secured creditors and insiders, the Acting United States Trustee has been unable to solicit sufficient interest to form a creditors' committee.

4.      The first meeting of creditors was held after notice to all creditors.  An insufficient number of unsecured creditors appeared at said meeting to form a creditors' committee.

THEREFORE, the Acting United States Trustee has been unable to appoint a creditors' committee as contemplated by 11 U.S.C. § 1102.

Dated: October 14, 2020           Respectfully Submitted,

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:     /s/ *Alicia L. Barcomb*
Alicia L. Barcomb
Texas Bar No. 24106276
SDTX Fed. ID No. 3456397
515 Rusk, Suite 3516
Houston, TX 77002
Telephone: (713) 718-4650 x 239
Fax: (713) 718-4670

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served on all PACER System participants by United States Mail, first class, postage prepaid, or by ECF transmission, on October 14, 2020.

/s/ *Alicia L. Barcomb*
Alicia Barcomb